## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **JURY TRIAL DEMANDED** |
| v. | : | **Civil Action No. 26-** |
| 523.78840388 BITCOIN (BTC); | : | |
| 591,055.00001 RIPPLE (XRP); | | |
| 447,539.9902 DOGECOIN (DOGE); | : | |
| 7,050,822,459.9579233 SHIBA INU (SHIB); | : | |
| 7,778,909,992 PEPE (PEPE); | | |
| 1,256,625.837207 CARDANO (ADA); | : | |
| 4,257.15208183 SOLANA (SOL); | | |
| 1.76 BITCOIN FROM PIONEX ACCOUNT; | : | |
| $477,154.97 FROM GEMINI ACCOUNT; | : | |
| CONTENTS OF INTERACTIVE BROKERS ACCOUNT; AND | : | |
| APPROXIMATELY 200 ACRES IN HOLMES COUNTY, FLORIDA. | : | |
| | : | |
| Defendants *in rem* | | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Matthew T. Newcomer and J. Andrew Jenemann, Assistant United States Attorneys, in accordance with Rule G(2) of the Federal Rules of Civil Procedure, for its complaint alleges as follows:

## NATURE OF THE ACTION

1.      This is a civil action *in rem* to forfeit and condemn, to the use and benefit of the United States of America: (1) cryptocurrency; (2) U.S. currency and the contents

of a brokerage account; and (3) real property located in Florida (collectively the "Defendant Property"), with a combined value of over $67 million USD at the time of seizure in June and July 2025, currently in the custody of the United States Department of Homeland Security, pursuant to 18 U.S.C. §981(a)(1)(A) and 21 U.S.C. § 881(a).

**STATUTORY BACKGROUND**

2.      Title 21, United States Code, Section 801 *et. seq.*, the Controlled Substances Act, governs the manufacture, distribution, and dispensing of controlled substances in the United States. Title 21 U.S.C. § 841(a)(1), makes it a crime to knowingly and intentionally distribute a controlled substance other than in the usual course of professional practice and for a legitimate medical purpose. Title 21, U.S.C. § 846, makes it a crime to conspire to commit a violation of Title 21, U.S.C. § 841(a)(1).

3.      Title 18 U.S.C. § 1956(a)(1)(B)(i) provides in relevant part that "whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity— . . . knowing that the transaction is designed in whole or in part . . . to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity" is guilty of concealment money laundering.

4.      Title 18 U.S.C. § 1957, provides in part that "whoever, [provided that that the transaction takes place in the United States], knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity," is guilty of transactional money laundering.

5.     Title 21, U.S.C. § 88l(a)(6), provides for the forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801, *et seq.*, all proceeds traceable to such exchanges, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of Title II.

6.     Title 18, United States Code, Section 981(a)(1)(A) provides for the forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C §§ 1956, 1957, or 1960, or any property traceable to such property.

## JURISDICTION AND VENUE

7.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States of America under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

8.     Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1) and 28 U.S.C. § 1395(a) and (c), because a civil proceeding for the forfeiture of property may be prosecuted in the district in which any of the acts giving rise to forfeiture occurred and/or in the district in which the property is brought.

9.     Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

3

## THE DEFENDANT PROPERTY

10.     The Defendant Property consists of: (1) seven distinctive cryptocurrencies held by the Homeland Security Investigations ("HSI") in secure "wallets"; (2) U.S. currency held in a government-controlled account; (3) contents of a brokerage account at Interactive Brokers, which has been restrained since the execution of a seizure warrant (the contents of which are detailed in Exhibit A); and (4) real property located in Holmes County, Florida, all seized from Individual 1 pursuant to a seizure warrant. The Defendant Property is detailed in the below chart:

| Item | Property Description | Location of Property |
|---|---|---|
| 1 | 523.78840388 Bitcoin (BTC) | U.S. Government Wallet |
| 2 | 591,055.00001 Ripple (XRP) | U.S. Government Wallet |
| 3 | 447,539.9902 Dogecoin (DOGE) | U.S. Government Wallet |
| 4 | 7,050,822,459.9579233 Shiba Inu (SHIB) | U.S. Government Wallet |
| 5 | 7,778,909,992 PEPE | U.S. Government Wallet |
| 6 | 1,256,625.837207 Cardano (ADA) | U.S. Government Wallet |
| 7 | 4,257.15208183 Solana (SOL) | U.S. Government Wallet |
| 8 | 1.76 Bitcoin (BTC) from INDIVIDUAL 1's Pionex Account ID 6615f7dc02f1bd1c62ce1843 | U.S. Government Wallet |
| 9 | $477,154.97 from INDIVIDUAL 1's Gemini Account ID 580267 | U.S. Government Wallet |
| 10 | Contents of INDIVIDUAL 1's Interactive Brokers Account U4748559 | Restrained by Interactive Brokers |
| 11 | Approximately 200 acres in Holmes County, Florida, Parcel ID 1702.00-000-000-005.000 | Real Property in Holmes County, Florida |

## BASIS FOR FORFEITURE

11.     The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a) because it: (1) constitutes funds furnished or intended to be furnished in

exchange for a controlled substance in violation of the Controlled Substances Act; (2) are proceeds traceable to such exchanges; or (3) are funds used and intended to be used to facilitate a violation of the Controlled Substance Act.

12. The Defendant Property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it constitutes property involved in transactions conducted in violation of 18 U.S.C. §1956(a)(1)(B)(i) (concealment money laundering) and 18 U.S.C. §1957 (transactional money laundering) or property traceable to such property.

## RELEVANT TERMS AND DEFINITIONS

13. During the period alleged herein, the following terms had the following definitions:

a) Virtual Currency: Virtual currencies or cryptocurrencies are digital tokens of value circulated over the Internet as substitutes for traditional fiat currency. Virtual currencies are not issued by any government or bank like traditional fiat currencies such as the U.S. dollar, but rather are generated and controlled through computer software. Bitcoin (or "BTC") is currently the most well-known virtual currency in use. Other virtual currencies in use include but are not limited to Ethereum (ETH), Circle (USDC), Tether (USDT), Cardano (ADA), Ripple (XRP), Solana (SOL), Dogecoin (DOGE), Pepe (PEPE) and Shiba Inu (SHIB).

b) Virtual Currency Address: Virtual currency addresses are the particular virtual locations to which such currencies are sent and received. A virtual currency address is analogous to a bank account number and is represented as a string of letters and numbers.

c) Cluster: In blockchain tracing, a "cluster" refers to multiple addresses that may be controlled by the same wallet, exchange, service, or actor.

d) Private Key: Each virtual currency address is controlled through the use of a unique corresponding private key, a cryptographic equivalent of a password, which is needed to access the address. Only the holder of an address's private key can authorize a transfer of virtual currency from that address to another address.

e) Virtual Currency Wallet: A virtual currency wallet is a software application that interfaces with the virtual currency's specific blockchain and generates and stores a user's addresses and private keys. A virtual currency wallet also allows users to send and receive virtual currencies. A virtual currency wallet can hold many virtual currency addresses at one time.

f) Blockchain: Many virtual currencies publicly record all of their transactions on what is known as a blockchain. The blockchain is essentially a distributed public ledger, run by the decentralized network of computers, containing an immutable and historical record of every transaction utilizing that blockchain's technology. The blockchain can be updated multiple times per hour and records every virtual currency address that has ever received that virtual currency and maintains records of every transaction and all the known balances for each virtual currency address. There are different blockchains for different types of virtual currencies.

g) Blockchain Explorer: These explorers are online tools that operate as a blockchain search engine allowing users the ability to search for and review transactional data for any addresses on a particular blockchain. A blockchain explorer is software that an Application Programming Interface ("API"), a means for interaction between the blockchain and the explorer, and blockchain nodes to draw data from a blockchain and uses a database to arrange and present the data to a user in a searchable format.

h) Virtual Currency Exchanges: Virtual currency exchanges ("VCEs") are trading and/or storage platforms for virtual currencies such as BTC. Many VCEs also store their customers' virtual currency in virtual currency wallets. As previously stated, these wallets can hold multiple virtual currency addresses associated with a user on a VCE's network. Because VCEs act as money services businesses, many VCEs conduct due diligence of their customers (i.e., "know your customer" or "KYC" checks) and have anti-money laundering programs in place. Many U.S.-based VCEs thus collect identifying information of their customers and verify their clients' identities.

i) Blockchain Analysis: As previously stated, while the identity of a virtual currency address owner is generally anonymous, law enforcement can identify the owner of a particular virtual currency address by analyzing the blockchain (e.g., the BTC blockchain). The analysis can also reveal additional addresses controlled by the same individual or entity. For example, when an organization creates multiple BTC addresses, it will often combine its BTC addresses into a separate, central BTC address (i.e.,

a "cluster"). It is possible to identify a cluster of BTC addresses held by one organization by analyzing the BTC blockchain's transaction history. Open-source tools and private software products can be used to analyze a transaction.

j)  In addition to using publicly available blockchain explorers, law enforcement uses commercial services offered by several different blockchain analysis companies to investigate virtual currency transactions. These companies analyze virtual currency blockchains and attempt to identify the individuals or groups involved in transactions. Through numerous unrelated investigations, law enforcement has found the information provided by these companies to be reliable.

k)  Darknet Sites:  The "darknet" is a portion of the Internet, where individuals must use an anonymizing software or application to access content and websites. Within the darknet, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and stolen credit card data, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web"). These darknet online market websites use a variety of technologies and techniques, to ensure that communications and transactions are shielded from interception and monitoring. Famous darknet marketplaces, also called Hidden Services, such as SILK ROAD, ALPHABAY, and HANSA (all of which have since been shut down by law enforcement), operated similarly to clear web commercial websites such as Amazon and eBay, but offered

illicit goods and services. Payment on criminal darknet sites is almost exclusively conducted using virtual currency.

l) SILK ROAD: According to a February 2014 Department of Justice press release, SILK ROAD was a darknet marketplace that operated from approximately January 2011,

> "[U]ntil it was shut down by law enforcement authorities in October 2013. Silk Road emerged as the most sophisticated and extensive criminal marketplace on the Internet, serving as a sprawling black-market bazaar where unlawful goods and services, including illegal drugs of virtually all varieties, were bought and sold regularly by the site's users. While in operation, Silk Road was used by several thousand drug dealers... to distribute hundreds of kilograms of illegal drugs... to well over a hundred thousand buyers, and to launder hundreds of millions of dollars deriving from these unlawful transactions."

> "...Silk Road as an online criminal marketplace intended to enable its users to buy and sell drugs ...anonymously and outside the reach of law enforcement. ...operated Silk Road on what is known as 'The Onion Router,' or 'Tor' network, a special network of computers on the Internet, distributed around the world, designed to conceal the true IP addresses of the computers on the network and thereby the identities of the networks' users. ...Silk Road to include a Bitcoin-based payment system that served to facilitate the illegal commerce conducted on the site, including by concealing the identities and

locations of the users transmitting and receiving funds through the site."

"The vast majority of items for sale on Silk Road were illegal drugs, which were openly advertised as such on the site. As of September 23, 2013, Silk Road had nearly 13,000 listings for controlled substances, listed under such categories as 'Cannabis,' 'Dissociatives', 'Ecstasy,' 'Intoxicants,' 'Opioids,' 'Precursors,' 'Prescription,' 'Psychedelics,' and 'Stimulants.' From November 2011 to September 2013, law enforcement agents made more than 100 individual undercover purchases of controlled substances from Silk Road vendors. These purchases included heroin, cocaine, ecstasy, and LSD, among other illegal drugs, and were filled by vendors believed to be located in more than ten different countries, including the United States, Germany, the Netherlands, Canada, the United Kingdom, Spain, Ireland, Italy, Austria and France."

i.  Blockchain analysis identified over 830,000 BTC addresses controlled by SILK ROAD which received and sent over 10 million transactions worth in excess of $200 million at the time.

ii.  Through the investigation of SILK ROAD, law enforcement seized its digital records, including records of the vendors' transactions. By analyzing these records law enforcement can trace the proceeds of specific vendor's illicit sales on SILK ROAD to the vendor's BTC wallet. SILK ROAD's backup servers were located in the Eastern

10

District of Pennsylvania and seized pursuant to a federal search warrant in 2013.

m) Mt. GOX:  A now defunct VCE based in Japan starting around 2010. By the time it ceased operations in 2014, Mt. GOX was the largest VCE in the world, handling over 70% of worldwide BTC transactions. Mt. GOX collapsed and entered bankruptcy protection in 2014. Blockchain analysis indicates that Mt. GOX was one of the largest single counterparties with SILK ROAD:

   i.  SILK ROAD was the second largest source of BTC sent to Mt. GOX: sending over 3.3 million BTC or over 11 percent of all BTC received by Mt. GOX; and

   ii. SILK ROAD was the second largest recipient of BTC sent from Mt. GOX: receiving over 5 million BTC or over 17 percent of the BTC sent by Mt. GOX.

n) Bitcoin Mining: In summary Bitcoin operates through collaboration of computers which share the blockchain and process new transactions. Significant computational resources and electricity are required to maintain the Bitcoin network. Users are incentivized to provide these computational resources through the award of newly generated BTC and transaction fees, referred to as mining. The ultimate origin of all BTC was from mining. Bitcoin miners often combine their computational resources in mining pools.

o) BTC-e:  BTC-e was an illicit virtual currency exchanger. The Russian national operator of BTC-e was indicted in 2017 for violations of 18 U.S.C.

§§ 1956, 1957, and 1960 for operating BTC-e to facilitate more than $4 billion worth of BTC transactions for cybercriminals worldwide, including receiving the criminal proceeds of computer intrusions and hacking incidents, ransomware scams, identity theft schemes, corruption of public officials, and narcotics distribution. *See U.S. v. BTC-e*, 16-cr-227 (N.D. CA).

p) Mixers: A virtual currency mixing service is an entity that allows users to commingle or mix different streams of potentially identifiable virtual currency. While these services often promote themselves as designed to enhance privacy and anonymity, they are often used to attempt to conceal proceeds from illegal transactions by accepting "dirty" BTC from users and returning "clean" BTC to a wallet address specified by the original user. Conversely the same services can be used to attempt to conceal when "clean" virtual currency is sent as part of a criminal transaction, for instance to a darknet market.

12

## FACTUAL BASIS FOR FORFEITURE

14. While it was operational, SILK ROAD's backup servers were located in the Eastern District of Pennsylvania and transactional records were stored on these servers.

15. Beginning on March 27, 2025, HSI began to examine SILK ROAD data from these records with respect to the origin of the Defendant Property.

16. These records demonstrate that beginning as early as 2012, INDIVIDUAL 1 sold illicit controlled substances in exchange for BTC on the SILK ROAD.

17. These records demonstrate that in 2012 and 2013, INDIVIDUAL 1 controlled multiple SILK ROAD accounts that generated thousands of BTC from the sale of illicit controlled substances. These accounts had screennames including the following: "mr money," "dope man," "quick buds," and "special delivery."

18. Records show that INDIVIDUAL 1 also controlled an account at Mt. GOX using the address *misterdeanmoney@*.

19. INDIVIDUAL 1's Gmail account name is "*mrdeanmoney*."

20. Records from SILK ROAD, and blockchain analysis, show proceeds from INDIVIDUAL 1's sale of controlled substances on SILK ROAD were transferred to BTC wallet addresses (See Table A, attached) (collectively "INDIVIDUAL 1's Cluster," described in further detail below), and that these addresses are the common origin of the Defendant Property.

### "mr money"

21. Based on SILK ROAD records, a vendor account with the screenname "mr money" made at least 400 sales of controlled substances on SILK ROAD, which generated more than 1,557 BTC from November 2012 through March 2013.

22.    A review of the products offered for sale by "mr money" include descriptions for controlled substances including cocaine, ecstasy (MDMA), and LSD.

23.    Messages between SILK ROAD users and "mr money" and feedback left for "mr money" include references to the sale of illegal controlled substances.

24.    Messages sent and received by "mr money" on SILK ROAD demonstrate INDIVIDUAL 1 controlled the account.

25.    From December 2012 through April 2013, "mr money" withdrew over 1,489 BTC from the "mr money" SILK ROAD vendor wallet to BTC addresses which were controlled by INDIVIDUAL 1 and which served as the common origin of the Defendant Property (INDIVIDUAL 1's Cluster).

26.    "mr money" also sent BTC to Mt. GOX. In addition to the above, on April 13, 2013, "mr money" withdrew approximately 14.72 BTC from the SILK ROAD vendor wallet to a Mt. GOX address (1No2bBZsSGMA9RdZ1wCJMCqBfQcE8pQcFM) which blockchain analysis indicates was controlled by *misterdeanmoney@* (*i.e.* INDIVIDUAL 1).

27.    Similarly, on March 11, 2013, "mr money" withdrew approximately 9 BTC from the SILK ROAD vendor wallet to Bitmit, a now-defunct VCE, which blockchain analysis indicates sent over 5,500 BTC to Mt. GOX in 2012-2013 (1DwhSQBpVNEMsAN2iFrvqCWxPKwFSupQiK).

### "dope man"

28.    Based on SILK ROAD records, a vendor account with a screenname "dope man" made 938 sales earning over 490 BTC from April 5, 2013, to August 20, 2013.

29.    The descriptions for the sales are a variety of controlled substances including:

14

a) 27 orders of "Coke, 1 gram" and three orders of "Coke, 3 grams";

b) 14 orders of "Ecstasy, 1 pill" and one each of "Ecstasy, 3 pills" and "Ecstasy, 7 pills";

c) 15 orders of "Meth, 3 grams" and 14 orders of "Meth, 1 gram";

d) 70 orders of "Opium, 1 gram," 36 orders of "PRE-order Opium, 1 gram," and three orders of "Opium, 3 grams"; and

e) 19 orders of "Heroin, 1 gram."

f) Other orders included likely references to illegal drugs such as LSD, Speed, Temple Ball, OG kush, Pakistan 7 grams, and Hash.

30.    From December 2012 through April 2013, "dope man" withdrew over 290 BTC from the "dope man" SILK ROAD vendor wallet via 34 transfers to the BTC addresses controlled by INDIVIDUAL 1 that serve as the common origin of the Defendant Property (INDIVIDUAL 1's Cluster).

31.    Between June 20, 2013 and July 23, 2014, a Coinbase account, opened using email address retrocoins@gmail.com, received a total of over 169.9 BTC from external sources. Open-source records indicate retrocoins@gmail.com was an email address associated with INDIVIDUAL 1. Among the deposits into the account were a series of transfers from the "dope man" SILK ROAD account and INDIVIDUAL 1's Cluster. Specifically:

a) The first transaction in the account was the receipt of 1 BTC on June 20, 2013, sent from INDIVIDUAL 1's Cluster.

b) The next deposit into the account was the receipt of 4.5 BTC on June 21, 2013, sent from the "dope man" SILK ROAD account.

15

c) The third and fourth deposits into the account were 4.5 BTC on June 23, 2013, and 7 BTC on July 5, 2013, sent from sent from INDIVIDUAL 1's Cluster.

32. Furthermore, on January 2, 2014, the account received 0.19 BTC from ghash.io, also known as gigahash.io. On March 4, 2019, INDIVIDUAL 1 reported on a loan application he had been employed by Gigahash as a computer technician for the past five years and on December 12, 2020, INDIVIDUAL 1 wrote to Binance that "gigahash" was a source of his wealth. The account was inactive from July 23, 2014 through February 10, 2016, when it received it final BTC deposit – a second transfer from ghash.io of 0.07 BTC.

## "quick buds"

33. Based on SILK ROAD records, a vendor account with screenname "quick buds" made at least 142 sales of controlled substances for more than 1,689 BTC from July 22, 2012, to November 18, 2012.

34. The descriptions for the sales are a variety of controlled substances, for instance:

a) "PRE-ORDER - 20 Ecstasy Tabs

i have a bunch of 215mg blue defqons on the way. they are really good tabs. awesome trip guaranteed. im hoping to have some sold before they arrive. im offering special pre-orer price. can offer larger orders on request. pre-orders must FE."

b) "3.5 grams Shrooms

an 8th is good for one trip. dont try and make two trips out of it. you will get stems and caps like the ones shown."

16

c) "Moroccan Hash  /  1 gram

Good hash. Much stronger than weed. Will get you stoned quick."

d) "3.5  grams  Regular  Weed

its not kush or ditch weed. its decent mid grade. it will be double vac

sealed."

35.     During the same period, "quick buds" withdrew more than 671 BTC from the "quick buds" SILK ROAD vendor wallet via 18 transfers to the BTC address 13yK8… GT371, a BTC address controlled by INDIVIDUAL 1, which sent more than 940 BTC to the common origin of the Defendant Property (INDIVIDUAL 1's Cluster) and as described in more detail below.

36.     From October 25, 2012, to November 1, 2012, "quick buds" withdrew more than 547 BTC to address 15jG9onNHJkaNsEMyjdjYw3m9ioQXqKLAC, which is clustered with 13yK8…GT371, and also received 100 BTC on October 27, 2012, from *misterdeanmoney@'s* Mt. GOX account.

37.     Other withdrawals from "quick buds" also connect to the *misterdeanmoney@* Mt. GOX account:

a) From July 30, 2012, to August 25, 2012, "quick buds" withdrew a total of over 51.9 BTC to 16uxgGsk49q3yRry5DZ9x1ZK6E6Tfsu27n. From March 1, 20212 through July 11,2012, the same address received a total of 354 BTC from *misterdeanmoney@'s* Mt. GOX account.

b) A public posting on bitcointalk.org dated September 9, 2012, reported INDIVIDUAL 1 as a scammer and attributing 16uxg…su27n as INDIVIDUAL 1, and also listed INDIVIDUAL 1's full name and home address.

c) From July 27, 2012, to August 19, 2012, "quick buds" withdrew a total of over 53.67 BTC to 19P4ochF31h78qnK5yxAFn33hiTSgmMQ8L. From January 4, 2012, to June 14, 2012, the same address received 427 BTC in withdrawals from *misterdeanmoney@'s* Mt. GOX account.

d) From October 11-15, 2012 "quick buds" withdrew a total of over 120.8 BTC to 1EDToSo5uGRyjVRkAs5duwMVZEfC9Bbkux. The same address received 50 BTC on September 25, 2012, and 39 BTC on October 15, 2012, from the *misterdeanmoney@* Mt. GOX account. On September 10, 2012, this address also received 138 BTC from 16uxg…su27n.

### "special delivery"

38.    Based on SILK ROAD records, a vendor account with screenname "special delivery" made at least 49 sales of controlled substances for over 179 BTC from August 2012 to October 2012.

39.    The descriptions for the 49 sales are a variety of controlled substances, including but not limited to Ecstasy (MDMA), psychedelic mushrooms and hashish.

40.    From December 2012 through April 2013, "special delivery" withdrew more than 2,948 BTC, including more than 543 BTC to the BTC addresses 13yK8 which was controlled by INDIVIDUAL 1.

41.    Other withdrawals link "special delivery" to INDIVIDUAL 1, Mt. GOX, and "quick buds":

a) From October 25-27, 2012 "special delivery" transferred a total of over 961 BTC to 15jG9…qKLAC, which as detailed above also received more than 547 BTC from "quick buds," and received 100 BTC from the *misterdeanmoney@* Mt. GOX account on October 27, 2012.

b) From August 21-25, 2012, the SILK ROAD "special delivery" account also transferred a total of over 15 BTC to 16uxg...su27n, which as detailed above was an address which "quick buds" also sent over 51.9 BTC, and received a total of 354 BTC from *misterdeanmoney@'s* Mt. GOX account and was linked to INDIVIDUAL 1 on bitcointalk.org.

c) From September 23, 2012, to October 21, 2012, "special delivery" sent a total of over 1,014 BTC to 1EDTo...bkux, which as detailed above "quick buds" also sent a total of over 120.8 BTC, received a total of 89 BTC from the *misterdeanmoney@* Mt. GOX account and received 138 BTC from 16uxg...su27n, which belongs to INDIVIDUAL 1 as noted above.

d) On September 9, 2012, "special delivery" withdrew 100 BTC to 1NeWJE4RDziiSyhK8YWbP6hvEZoAr3fkVC, which is clustered with 13yK8... GT37, which as detailed herein is a BTC address controlled by INDIVIDUAL 1 which sent over 940 BTC to the common origin of the Defendant Property (INDIVIDUAL 1's Cluster), and received a total of 298 BTC from the *misterdeanmoney@* Mt. GOX account the next day – September 10, 2012.

e) The SILK ROAD "special delivery" account also transferred over 151 BTC to Mt. GOX during the same period it sold controlled substances and transferred BTC to INDIVIDUAL 1's BTC addresses:

    i. On September 19, 2012, "special delivery" withdrew 67.04 BTC to 19BEfzngKUebFg3MVGHMTbstSaW4j11ACn, which blockchain analysis indicates is *misterdeanmoney@'s* Mt. GOX account.

ii.  On October 16, 2012, "special delivery" withdrew 50 BTC to

1JD9TSQFnK2wnr48FFCdN5js1k1eS2CA32, which blockchain

analysis indicates is *misterdeanmoney@'s* Mt. GOX account.

iii.  On October 17, 2012, "special delivery" withdrew 34.78 BTC to

1JiLRgqLR8USHEUt7HGvpup9k9bCSemHtV, which blockchain

analysis indicates is *misterdeanmoney@'s* Mt. GOX account.

42.  The above activity of these SILK ROAD vendor accounts, which all withdrew BTC proceeds of drug trafficking to the same addresses that form the common origin of the Defendant Property, is summarized in the below table:

| SILKROAD Vendor | Drug Orders Sold | BTC Earned | BTC Withdrawn to | | |
|---|---|---|---|---|---|
| | | | 1J7k7... sUbmQ | 13yK8... GT371 | Mt. GOX |
| *mr money* | 400 | 1,558 | 77.46 | 1,250.70 | 14.72 |
| *dope man* | 938 | 491 | 290.36 | - | - |
| *quickbuds* | 142 | 1,689 | - | 671.17 | - |
| *special delivery* | 49 | 179 | - | 543.62 | 151.82 |
| **Totals** | **1,529** | **3,917** | **367.82** | **2,465.49** | **166.54** |

43.  INDIVIDUAL 1's ownership of these Mt. GOX accounts is corroborated by, among other evidence, emails from INDIVIDUAL 1's *misterdeanmoney* Gmail account to Mt. GOX in 2024, related to his claims from their bankruptcy.

44.  The "mr money," "dope man," quickbuds," and "special delivery" SILK ROAD accounts are further linked to Mt. GOX as follows:

a)  13yK8... GT371 received BTC proceeds from three of the SILK ROAD

accounts: "quick buds," "special delivery," and "mr money."

b) 13yK8... GT371 received 698 BTC from Mt. GOX, including 642 BTC sent from INDIVIDUAL 1's "misterdeanmoney@" Mt. GOX account from Sept 10 – Dec 16, 2012.

c) 13yK8... GT371 sent 717 BTC to Mt GOX.

45. As detailed below, records show that the proceeds of the sales of controlled substances from the SILK ROAD accounts controlled by INDIVIDUAL 1 have been laundered in a variety of ways.

a) Bitcoin from the SILK ROAD sales have been transferred via the BTC blockchain into wallets controlled by INDIVIDUAL 1.

b) Bitcoin from the SILK ROAD sales have been transferred to accounts that INDIVIDUAL 1 controlled at various virtual currency exchanges, including but not limited to Gemini, Kraken, Paxos, Binance, BitStamp, KuCoin, Crypto.com, Pionex, Changelly, Robinhood, Coinbase, and BitFlyer.

c) Bitcoin from the SILK ROAD sales have been converted into other cryptocurrencies and U.S. dollars.

d) U.S. dollars converted from BTC have been transferred to banks and brokerages, including a brokerage account at Vanguard, a financial institution located in the Eastern District of Pennsylvania.

e) Using U.S. dollars converted from BTC to purchase real estate.

46. This laundering activity occurred during a significant evolution in the regulation of VCEs in the U.S., during which process VCEs instituted anti-money laundering (AML) and know-your-customer (KYC) controls. During this time that regulation of the virtual currency system increased, blockchain analysis tools also improved. Those tools allowed both the regulated VCEs and law enforcement to better

21

cryptocurrency funds through virtual currency transactions and to trace the origin of specific virtual currency assets. These advances allowed regulators, bankers, and law enforcement to identify suspicious blockchain activity, such as the receipt of Bitcoin which originated from SILK ROAD or when the blockchain contradicts an individual's claim regarding the source of their virtual currency wealth.

47. When cryptocurrency exchanges and traditional financial institutions contacted INDIVIDUAL 1 to request information needed to comply with new AML and KYC controls, INDIVIDUAL 1 lied to the VCEs and traditional financial institutions about the illicit source of his wealth. For instance:

a) On Dec 12, 2020, in a "Source of Wealth Form" in supporting of his Binance account, INDIVIDUAL 1 reported that his source of wealth was "previous business owner gigahash inc saving interest dividends investments long-term stocks bonds real estate." But INDIVIDUAL 1 did not disclose that the vast majority of his wealth were proceeds of drug sales on SILK ROAD .

b) In February 2022, Kraken requested information from INDIVIDUAL 1 regarding his source of the funds following his deposit of SILK ROAD origin BTC into his Kraken account. INDIVIDUAL 1 responded, "I started mining around 2013. I've been holding since and buying/selling along the way. I've purchased from ITbit and MTgox. Also do some active trading on KuCoin." INDIVIDUAL 1 omitted that the vast majority of his wealth were proceeds of controlled substance sales on SILK ROAD.

c) On March 4, 2024, INDIVIDUAL 1 deposited 30 BTC traceable to INDIVIDUAL 1's Cluster and the SILK ROAD which he converted to over

$2,010,900 USD and withdrew to his Paramount Bank account. The SILK

ROAD origin of the 30 BTC triggered scrutiny from Kraken which emailed

INDIVIDUAL 1 specific questions about the source of the 30 BTC.

INDIVIDUAL 1 lied in response, writing that the 30 BTC "was bought on

exchanges over the years."

d)  In January 2025 the VCE Pionex, using a blockchain analysis tool,

detected the SILK ROAD origin of BTC INDIVIDUAL 1 transferred to

Pionex. This prompted Pionex to ask INDIVIDUAL 1 about the source of

his BTC. In response, INDIVIDUAL 1 lied, falsely claiming the BTC was

"inheritance" from a "deceased family member."

48.    During the execution of a federal search warrant at INDIVIDUAL 1's

Florida residence in June 2025, investigators seized a Ledger virtual currency storage

device that contained most of the virtual currency portion of the Defendant Property

Items 1 through 7. INDIVIDUAL 1 directed investigators to the device and provided the

passcode to access the device. Soon thereafter the virtual currency Defendant Property

Items 1 through 7 were transferred to U.S. government-controlled wallets, where they

remain.

49.    Concurrently with the search warrant execution, investigators served three

seizure warrants on INDIVIDUAL 1's Pionex, Gemini, and Interactive Brokers accounts,

leading to the seizure or restraint of the Defendant Property Items 8 through 10.

50.    INDIVIDUAL 1 was interviewed by HSI during the search warrant

execution.  INDIVIDUAL 1 was advised repeatedly that he was not under arrest and was

free to go. INDIVIDUAL 1 repeatedly denied he ever sold controlled substances on SILK

ROAD and claimed that he inherited his BTC from his father, whom he described as "a drug dealer."

51. INDIVIDUAL 1 told HSI he earned his living as a "hustler" and "entrepreneur" selling cars and computers but acknowledged that his income is "mostly crypto" and "I'm not gonna be doing this nine to five . . . "

52. When asked about why he lied to banks and VCEs about the source of his wealth, INDIVIDUAL 1 responded, "What am I gonna say? They always want proof of funds . . ."

**TRACING FROM THE SILK ROAD TO THE DEFENDANT PROPERTY**

53. The Defendant Property share a common origin point of a cluster of BTC addresses 1J7k7SmegWac2XMS0VuUQ8PsQFBw8sUbmQ ("INDIVIDUAL 1's Cluster" or "1J7k7... sUbmQ"), which was active from April 1, 2013, to December 9, 2020. During this period, INDIVIDUAL 1's Cluster received and sent over 3,110 BTC, which was worth over $900,000 when received, while the later withdrawals were worth over $12 million when conducted, due in part to the appreciation in value of the BTC.

54. Analysis of INDIVIDUAL 1's Cluster indicates SILK ROAD was the largest source of BTC sent to INDIVIDUAL 1's Cluster – over 2,147 BTC, which is over 69 percent. As detailed herein, review of the seized SILK ROAD server data confirms these transfers originated from SILK ROAD accounts which sold controlled substances in exchange for BTC and which were controlled by INDIVIDUAL 1.

55. Over 253 BTC – or over 11 percent of BTC sent to INDIVIDUAL 1's Cluster – originated from Mt. GOX, which at the time was the largest VCE in the world and laundered over 1.5 million BTC from SILK ROAD. As detailed above, two of the SILK ROAD vendor accounts controlled by INDIVIDUAL 1 transferred BTC to his Mt, GOX

accounts. Analysis indicates that at least 242 of the 253 BTC sent to INDIVIDUAL 1's Cluster from Mt. GOX were sent from INDIVIDUAL 1's Mt. GOX account.

56. Approximately 528 BTC was sent to INDIVIDUAL 1's Cluster from a now-defunct mining pool. This formed the majority of the non-SILK ROAD origin BTC sent to INDIVIDUAL 1's Cluster and aided INDIVIDUAL 1's laundering of the 2,147 BTC from SILK ROAD. INDIVIDUAL 1 repeatedly claimed to financial institutions that his wealth originated from BTC mining, though mining accounted for only approximately 17 percent of the source of INDIVIDUAL 1's Cluster.

57. Much of the over 3,110 BTC sent to INDIVIDUAL 1's Cluster was eventually sent to VCE accounts controlled by INDIVIDUAL 1 or to the Ledger virtual currency storage device found during the search warrant execution at INDIVIDUAL 1's residence. These transfers further establish that INDIVIDUAL 1 controlled INDIVIDUAL 1's Cluster and the BTC proceeds of SILK ROAD which funded it from creation through seizure.

58. INDIVIDUAL 1's control of INDIVIDUAL 1's Cluster is illustrated through its links between his SILK ROAD accounts and his later transfers to VCE accounts he controlled, presented herein. Other evidence includes a June 2014 Google chat INDIVIDUAL 1 conducted using his "misterdeanmoney" Gmail account with another Google user, concerning INDIVIDUAL 1's purchase of virtual assets for a video game. On July 29, 2014, INDIVIDUAL 1 asked the other party, "whats your BTC addy," and received a specific BTC address in response. Later that same day INDIVIDUAL 1 wrote, "i just sent your BTC" and the other party wrote, "Thanks for the payment." On July 29, 2014, INDIVIDUAL 1's Cluster sent 0.056 BTC to the BTC address provided in the above chat.

59.     INDIVIDUAL 1's Cluster was active April 1, 2013, to November 25, 2014, after which it became dormant until December 26, 2017. The first transfer after this period of dormancy was to benefit INDIVIDUAL 1: the first of a total of 40 BTC sent to INDIVIDUAL 1's Paxos account.

60.     As detailed below, once transferred to INDIVIDUAL 1's VCE accounts, a portion of the BTC was converted to U.S. Dollars and to other virtual currencies.

### *Defendant Property Item 1*

61.     Defendant Property Item 1 (523.78840388 BTC) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on June 25, 2025, pursuant to a federal search warrant. Blockchain analysis of the BTC seized from INDIVIDUAL 1's Ledger device indicates:

a)  263.7470 BTC, or over 50.35% of the seized BTC, are traceable to SILK ROAD;

b)  167.134 BTC, or over 31.91% of the seized BTC, are traceable to Mining Pools;

c)  71.5609 BTC, or over 13.66%, are from VCEs, with the following origins; as detailed herein, many of these were withdrawals of SILK ROAD proceeds laundered by INDIVIDUAL 1 via the VCEs. The largest were:

   i.     Mt. GOX: 29.1119 BTC or over 5.5% of the total seized BTC;

   ii.    Paxos: 21.6334 BTC or over 4.16% of the total seized BTC;

   iii.   Binance: 6.0111 BTC or over 1.15% of the total seized BTC;

   iv.    Others including Changelly, KuCoin, Bitflyer, Kraken, Coinbase, BitStamp, forming the remainder.

d)  11.6094 BTC, or over 2.2% seized BTC, were from BTC-e; and

e) The remainder – over 9.7 BTC combined – were small amounts from other darknet sites, unattributed, mixing services,  and other origins.

62.     The chart below summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 1, with dates of transfers within the last five years noted.



***Defendant Property Item 2***

63.     Defendant Property Item 2 (591,055.00001 Ripple (XRP)) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on June 25, 2025, pursuant to a federal search warrant. Over 570,525 XRP of the seized XRP, worth over $227,000 at the time, originated between December 2020 and February 2021 from KuCoin, a VCE where INDIVIDUAL 1 maintained an account since December 2020, and as noted in his response to Kraken detailed above, INDIVIDUAL 1 claimed to have actively traded. KuCoin records for INDIVIDUAL 1's account are incomplete and do not include transactional data to assess specific transactions and attributions. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 23.1 BTC sent to KuCoin worth over $247,000 at the time. Analysis of the sources of INDIVIDUAL 1's Cluster detailed above shows that of the 23.1 BTC sent to KuCoin:

    a)  Over 15.9 BTC originated from SILK ROAD;

    b)  Over 2.54 BTC originated from Mt. GOX;

    c)  Over 3.9 BT originated from mining; and

    d)  Less than 0.76 BTC originated from other sources.

64.     Approximately 19,999.75 XRP of the seized XRP originated from INDIVIDUAL 1's Binance account which transferred the XRP to INDIVIDUAL 1's Ledger on December 9, 2020. INDIVIDUAL 1's Binance account received 5 BTC from INDIVIDUAL 1's Cluster on December 8, 2020, which was converted the next day to fund the withdrawal. Blockchain analysis of the 5 BTC sent to INDIVIDUAL 1's Binance account from INDIVIDUAL 1's Cluster indicates:

    a)  Over 2.7 BTC, or over 54% of the 5 BTC, are traceable to SILK ROAD;

b) Over 1.7 BTC, or over 34% of the seized BTC, are traceable to Mining Pools;

c) Over 0.34 BTC, or over 6.9% are from VCEs, with Mt. GOX forming the vast majority; and

d) The remainder, less than 0.26 BTC, or approximately 5% combined, are small amounts from BTC-e, unattributed, and other origins.

65.    The chart below summarizes the tracing of BTC from SILK ROAD to INDIVIDUAL 1's Cluster to its conversion into XRP at INDIVIDUAL 1's Binance account to the seizure of Defendant Property Item 2.



### *Defendant Property Item 3*

66.    Defendant Property Item 3 (447,539.9902 Dogecoin (DOGE)) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on June 25, 2025, pursuant to a federal search warrant. Approximately 204,627 of the seized DOGE originated from KuCoin in transfers worth over $68,000 at the time, sent between May and December 2021. As detailed above, INDIVIDUAL 1 maintained an account at

KuCoin since December 2020. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 23.1 BTC to KuCoin, with the following sources:

   a) Over 15.9 BTC originated from SILK ROAD;

   b) Over 2.54 BTC originated from Mt. GOX;

   c) Over 3.9 BTC originated from mining; and

   d) Less than 0.76 BTC originated from other sources.

67.    The remaining 242,911 of the seized DOGE was sent between December 7 and 12, 2023, worth over $23,000 at the time, from INDIVIDUAL 1's Robinhood account. The DOGE in INDIVIDUAL 1's Robinhood account was purchased using over 311.6 Litecoin (LTC), on December 6, 2023. The LTC originated from KuCoin in May 2021, where, as detailed above, INDIVIDUAL 1 maintained an account at KuCoin since December 2020 and claimed to have actively traded in response to an inquiry from Kraken in February 2022.

### *Defendant Property Item 4*

68.    Defendant Property Item 4 (7,050,822,459.9579233 Shiba Inu (SHIB)) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on June 25, 2025, pursuant to a federal search warrant. On May 21, 2025, approximately 6,142,232,797.53 of the SHIB was transferred from Changelly.com where INDIVIDUAL 1 maintained an account as early as December 2023.

69.    Changelly.com records for INDIVIDUAL 1's account are incomplete and do not include transactional data to assess specific transactions and attributions. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 5.6 BTC to Changelly worth over $54,000 at the time. Using the analysis of the sources of INDIVIDUAL 1's

Cluster detailed above, the 5.6 BTC sent to Changelly were derived from the following sources:

    a) Over 3.8 BTC originated from SILK ROAD;

    b) Over 0.4 BTC originated from Mt. GOX;

    c) Over 0.95 BTC originated from mining; and

    d) Less than 0.45 BTC originated from other sources.

70. The remaining 908,265,337.7872 SHIB originated from KuCoin. As detailed above, INDIVIDUAL 1 maintained an account at KuCoin since December 2020. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 23.1 BTC to KuCoin, with the following sources:

    a) Over 15.9 BTC originated from SILK ROAD;

    b) Over 2.54 BTC originated from Mt. GOX;

    c) Over 3.9 BT originated from mining; and

    d) Less than 0.76 BTC originated from other sources.

71. The below chart summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 4.



***Defendant Property Item 5***

72.     Defendant Property Item 5 (7,778,909,992 PEPE) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on June 25, 2025, pursuant to a federal search warrant. On May 21, 2025, approximately 6,142,232,797.53 of the SHIB, worth approximately $105,000, was transferred from Changehero. Blockchain analysis shows Changehero received over 0.98 BTC, worth approximately $105,000 at the time, between May 20 and 21, 2025, traceable from INDIVIDUAL 1's Cluster.

73.     Blockchain analysis of the 0.98 BTC sent to Changehero which is from INDIVIDUAL 1's Cluster indicates:

    a) Over 0.49 BTC, or over 51% of the BTC, are traceable to SILK ROAD;

    b) Over 0.31 BTC, or over 32% of the seized BTC, are traceable to Mining Pools;

    c) Over 0.11 BTC, or over 12%, are from VCEs, with Mt. GOX forming the over 4%; and

    d) The remainder, less than 0.07 BTC, or approximately 7% combined, are small amounts from BTC-e, unattributed, and other origins.

74.     The below chart summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 5.



***Defendant Property Item 6***

75.    Defendant Property Item 6 (1,256,625.837207 Cardano (ADA)) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on July 2, 2025, pursuant to a federal search warrant. On May 23, 2025, approximately 614,156 of the ADA was transferred from INDIVIDUAL 1's Coinbase account, which received 10.4 BTC from INDIVIDUAL 1's Cluster from May 19 to 23, 2025. Blockchain analysis of the 10.4 BTC sent to INDIVIDUAL 1's Coinbase account from INDIVIDUAL 1's Cluster indicates:

a)  Over 5.2 BTC, or over 50.7%of the BTC, are traceable to SILK ROAD;

b)  Over 3.3 BTC, or over 32% of the BTC, are traceable to Mining Pools, primarily;

c)  Over 1.3 BTC, or over 13%, are from VCEs, with Mt. GOX forming the largest portion - over 42 percent; and

d)  The remainder, approximately 0.5 BTC, or approximately 5% combined, are small amounts from BTC-e, unattributed, and other origins.

76.    Approximately 245,770 of the seized ADA originated from INDIVIDUAL 1's account at Crypto.com, a VCE where INDIVIDUAL 1 maintained an account since December 2020. INDIVIDUAL 1 acquired the ADA using 3 of 6 BTC he transferred to his account between January 10 and 11, 2024. Blockchain analysis of the three BTC sent to INDIVIDUAL 1's Crypto.com account and used to acquire the seized ADA shows it flowed from INDIVIDUAL 1's Cluster and indicates:

a)  Over 1.5 BTC, or over 50 percent of the BTC, are traceable to SILK ROAD;

b)  Over 0.87 BTC, or over 29 percent of the BTC, are traceable to Mining Pools;

c) Over 0.36 BTC, or over 12 percent, are from VCEs, with Mt. GOX forming the largest portion - over 41 percent; and

d) The remainder, approximately 0.24 BTC or approximately 8% combined, are small amounts from BTC-e, unattributed, and other origins.

77.     Approximately 237,401 of the seized ADA originated from Changelly.com which received BTC traceable to SILK ROAD via INDIVIDUAL 1's Cluster. As noted above Changelly.com records for INDIVIDUAL 1's account are incomplete and do not include transactional data to assess specific transactions and attributions. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 5.6 BTC to Changelly worth over $54,000 at the time. Using the analysis of the sources of INDIVIDUAL 1's Cluster detailed above, shows the 5.6 BTC sent to Changelly:

a) Over 3.8 BTC originated from SILK ROAD;

b) Over 0.4 BTC originated from Mt. GOX;

c)  Over 0.95 BTC originated from mining; and

d) Less than 0.45 BTC originated from other sources.

78.     The below chart summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 6.



***Defendant Property Item 7***

79.     Defendant Property Item 7 (4,257.15208183 Solana (SOL)) was seized from INDIVIDUAL 1's Ledger virtual currency storage device on July 2, 2025, pursuant to a federal search warrant. Approximately 1,536.19 of the seized SOL originated from KuCoin. As detailed above, INDIVIDUAL 1 maintained an account at KuCoin since December 2020. Blockchain analysis shows INDIVIDUAL 1's Cluster sent over 23.1 BTC to KuCoin, with the following sources:

      a)  Over 15.9 BTC originated from SILK ROAD;

      b)  Over 2.54 BTC originated from Mt. GOX;

      c)  Over 3.9 BTC originated from mining; and

      d)  Less than 0.76 BTC originated from other sources.

80.     Approximately 1,336.36 of the seized SOL originated from INDIVIDUAL 1's Crypto.com account. The SOL in INDIVIDUAL 1's Crypto.com account was acquired at the same time and using the other 3 of the 6 BTC from INDIVIDUAL 1's Cluster that

he used to purchase the ADA noted above on January 11, 2024. Blockchain analysis of the 3 BTC sent to INDIVIDUAL 1's Crypto.com account and used to acquire the seized SOL shows it flowed from INDIVIDUAL 1's Cluster and indicates:

   a) Over 1.5 BTC, or over 50% of the BTC, are traceable to SILK ROAD;

   b) Over 0.81 BTC, or over 27% of the BTC, are traceable to Mining Pools;

   c) Over 0.36 BTC, or over 12%, are from VCEs, with Mt. GOX forming the largest portion - over 3%; and

   d) The remainder, approximately 0.3 BTC or approximately 10% combined, are small amounts from BTC-e, unattributed, and other origins.

81.     On January 3, 2024, approximately 678 of the seized SOL was sent from INDIVIDUAL 1's Gemini account. Analysis of INDIVIDUAL 1's Gemini account shows that on December 22, 2023, it was funded with a $200,000 wire transfer from INDIVIDUAL 1's Digital Federal Credit Union account. The $200,000 wire was in turn funded by a $200,000 transfer from INDIVIDUAL 1's Interactive Brokers account on December 22, 2023, which as detailed below was funded with proceeds of the sale of BTC from INDIVIDUAL 1's Cluster, the majority of which originated from drug sales on the SILK ROAD.

82.     From December 23 to 25, 2023, the $200,000 wired into INDIVIDUAL 1's Gemini account was used to purchase over 4.62 BTC. On December 25, 2023, INDIVIDUAL 1 transferred 3 BTC from his Gemini account to Changelly.

83.     The remaining 1.62 BTC in INDIVIDUAL 1's Gemini account was converted into the 678 SOL sent to INDIVIDUAL 1's Ledger.

84.     The remainder of the seized SOL – approximately 824 SOL – was the proceeds of staking. Staking is a process in which a holder of SOL assigns it, and in the process receives additional SOL in return. It is similar to interest earned on a traditional bank Certificate of Deposit. The below chart summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 7.



*Defendant Property Item 8*

85.     Defendant Property Item 8 (1.76 BTC) was seized pursuant to a federal search warrant executed on INDIVIDUAL 1's Pionex Account on June 25, 2025, and transferred to a U.S. government-controlled wallet. The seized BTC was deposited into INDIVIDUAL 1's Pionex account on January 9, 2025. Blockchain analysis of the 1.76 Bitcoin sent to INDIVIDUAL 1's Pionex account from INDIVIDUAL 1's Cluster indicates it was likely sent from INDIVIDUAL 1's Ledger and:

      a) Over 0.9 BTC, or over 51.3% of the seized BTC, are traceable to SILK ROAD;

      b) Over 0.57 BTC, or over 32% of the seized BTC, are traceable to Mining Pools, primarily;

    c) Over 0.21 BTC, or over 12%, are from VCEs, with Mt. GOX forming the largest portion - over 47%; and

    d) The remainder, approximately 0.08 BTC or approximately 4% combined, are small amounts from BTC-e, unattributed, and other origins.

86. After INDIVIDUAL 1's initial transfer of BTC to his Pionex account, Pionex detected the SILK ROAD origin of the deposit. On January 10, 2025, Pionex emailed a request to INDIVIDUAL 1 for additional information concerning his account, specifically asking him to "explain the relationship or connection between you and Silk Road(Darknet market)." INDIVIDUAL 1's initial response was, "i don't know what you are talking about. are you emailing the right account owner." Later, INDIVIDUAL 1 reported falsely that he had no income, that his source of funds was an inheritance, and that he "want to sell inherited BTC from deceased family member." INDIVIDUAL 1 provided an image of an Illinois death certificate for the 2017 death of a woman born in 1932 believed to be his grandmother, listing INDIVIDUAL 1 as power of attorney and wrote in an email, "all i have is a certificate of death." The deceased woman would have been approximately 81 when the BTC from SILK ROAD was transferred to INDIVIDUAL 1's Cluster in 2012 to 2013.

87. The below chart summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 8.



***Defendant Property Item 9***

88.     Defendant Property Item 9 ($477,154.97 in U.S. currency) seized pursuant to a federal search warrant executed on INDIVIDUAL 1's Gemini Account on June 25, 2025, and transferred to a U.S. government-controlled account. As noted above, INDIVIDUAL 1 funded his Gemini account with $200,000 in 2023 which was used to purchase 4.62 BTC, which in turn funded a transfer of 3 BTC to Changelly and with the remaining 1.62 BTC used to acquire 678 SOL later seized as part of Defendant Property Item 7. In 2025 INDIVIDUAL 1 sent almost 7 BTC traceable to INDIVIDUAL 1's Cluster to his Gemini account:

    a)  The first transfer was 1.72 BTC on January 9, 2025 – this was sold for over $183,000 on January 24, 2025, and then converted back into 1.76 BTC on January 26, 2025. On May 19, 2025, a portion of the 1.76 BTC (approximately 0.094 BTC) was sold for approximately $10,258 which was withdrawn, leaving a balance of over 1.67 BTC. On May 20, 2025, another 0.374 BTC of this was sold for approximately $39,937, leaving over 1.29 BTC.

    b)  The next transfer was over 3.27 BTC on May 20, 2025.

c)  Also on May 20, 2025, 0.47 BTC was sold for approximately $50,214, leaving over 0.82 BTC and approximately $90,152 from the January 9, 2025, transfer.

d)  The next day, May 21, 2025, $90,152 was withdrawn from the account to INDIVIDUAL 1's Paramount Bank account, leaving less than $1 in the account.

e)  Between May 21 and 22, 2025, the remaining BTC in the account, or over 4.1 BTC (over 0.82 BTC from the January 9, 2025, transfer and the over 3.27 BTC from the May 20, 2025, transfer) was sold for over $451,476 (approximately $109,978/BTC). Thus, $90,877 was from the sale of the 0.82 BTC remaining from the January 9, 2025, transfer of 1.72 BTC.

f)  Between May 22 and 23, 2025, two $100,000 withdrawals were made to INDIVIDUAL 1's Paramount Bank account, leaving approximately $251,476 in the account, all from the May 20, 2025, transfer of 3.27 BTC to the account.

g)  On May 23, 2025, 2.26 BTC were purchased for approximately $250,060, leaving approximately $416 and the 2.26 BTC in the account.

h)  On May 23, 2025, the third transfer of 2 BTC was made to the account, leaving approximately $416 and a total of 4.26 BTC in the account.

89.  As noted above, a seizure warrant was executed on this account on June 25, 2025. On June 27, 2025, Gemini confirmed a balance of approximately $416 and a total of 4.26 BTC was held in the account. On July 16, 2025, Gemini reported that due to a trade executed prior to the service of the warrant, the 4.26 BTC was converted into

41

U.S. Dollars, and the account held a total of $477,154.87. This imputes a sale price of $111,910.53/BTC sold.

90.     Based on the above analysis of the $477,154.87 seized, $252,917.80 was from the sale of the 2.26 BTC in the account traceable to the May 20, 2025, deposit of over 3.27 BTC, and $223,821.07 was from the sale of the 2 BTC deposited on May 23, 2025.

91.     Blockchain analysis of the May 20, 2025, deposit of over 3.27 BTC sent to INDIVIDUAL 1's Gemini account from INDIVIDUAL 1's Cluster indicates:

    a)  Over 1.6 BTC, or over 50.7% of the BTC, are traceable to SILK ROAD;

    b)  Over 1.05 BTC, or over 32% of the BTC, are traceable to Mining Pools;

    c)  Over 0.42 BTC, or over 13%, are from VCEs, with Mt. GOX forming over 42%; and

    d)  The remainder, approximately 0.2 BTC or approximately 6% combined, are small amounts from BTC-e, unattributed, and other origins.

92.     Blockchain analysis of the May 23, 2025, deposit of 2 BTC sent to INDIVIDUAL 1's Gemini account from INDIVIDUAL 1's Cluster indicates:

    a)  Over 1 BTC, or over 50.7% of the BTC, are traceable to SILK ROAD;

    b)  Over 0.6 BTC, or over 32% of the BTC, are traceable to Mining Pools;

    c)  Over 0.26 BTC, or over 13%, are from VCEs, with Mt. GOX forming over 42%; and

    d)  The remainder, approximately 0.13 BTC or approximately 6% combined are small amounts from BTC-e, unattributed, and other origins.

93.    The chart below summarizes the tracing from SILK ROAD to INDIVIDUAL 1's Cluster to the seizure of Defendant Property Item 9.



***Defendant Property Item 10***

94.    Defendant Property Item 10 (the contents of INDIVIDUAL 1's Interactive Brokers Account, U4748559) was seized pursuant to a federal search warrant executed on June 25, 2025, and subsequently restrained at Interactive Brokers. INDIVIDUAL 1 opened the account on November 7, 2020, indicating he was retired. At the time of seizure, June 25, 2025, the value of the account was $8,513,959.04.

95.    As detailed herein, INDIVIDUAL 1 laundered much of the BTC proceeds of his SILK ROAD drug trafficking by transferring the BTC through INDIVIDUAL 1's Cluster to his VCE accounts. The illicit origin of the BTC was concealed by converting much of the BTC into U.S. Dollars, which INDIVIDUAL 1 then laundered through transfers to his U.S. bank accounts, and then to his brokerage accounts at Vanguard and Interactive Brokers. Ultimately INDIVIDUAL 1 consolidated these accounts, along with accumulated interest, dividends and trading gains, into his Interactive Brokers account.

96.     INDIVIDUAL 1's Vanguard brokerage account was opened on February 26, 2019, and closed on June 22, 2021. When he opened the account, INDIVIDUAL 1 reported that he was unemployed. At all times relevant to this complaint, Vanguard was located in Malvern, Pennsylvania, in the Eastern District of Pennsylvania.

97.     Upon closing the Vanguard account, INDIVIDUAL 1 transferred its contents to his Interactive Brokers account. On April 30, 2021, INDIVIDUAL 1's Interactive Brokers account was valued at $652,846.75. In May 2021, $853,838.70 in assets from INDIVIDUAL 1's Vanguard account was transferred to INDIVIDUAL 1's Interactive Brokers account, resulting in a valuation of $1,496,912.25 on May 31, 2021.

98.     Aside from interest, dividends and trading gains, the vast majority of INDIVIDUAL 1's Vanguard and Interactive Brokers account came from the sale of BTC from INDIVIDUAL 1's Cluster – of which most were proceeds of INDIVIDUAL 1's SILK ROAD drug trafficking. Analysis of BTC sold in INDIVIDUAL 1's VCE accounts and sent via his Digital Federal Credit Union account to fund his Vanguard and Interactive Broker accounts were from the following sources:

      a)  $83,319 from the sale of 7.1 BTC in INDIVIDUAL 1's Paxos account in 2020 and sent through his Digital Federal Credit Union account to his Vanguard account. Blockchain analysis indicates this BTC was sent from INDIVIDUAL 1's Cluster and:

           i.  Over 3.8 BTC, or over 54% of the 7.1 BTC, are traceable to SILK ROAD;

          ii.  Over 2.4 BTC, or over 34% of the 7.1 BTC, are traceable to Mining Pools;

  iii. Over 0.4 BTC, or over 6% of the 7.1 BTC are from VCEs, with Mt. GOX forming over 85%; and

  iv. The remainder are small amounts from BTC-e, unattributed, and other origins.

b) $50,000 from the sale of 4 BTC in INDIVIDUAL 1's BitFlyer account in 2020 and sent through his Digital Federal Credit Union account to his Vanguard account. Blockchain analysis indicates this BTC was sent from INDIVIDUAL 1's Cluster and:

  i. Over 2 BTC, or over 50.9% of the seized BTC, are traceable to SILK ROAD;

  ii. Over 1.2 BTC, or over 32.2% of the seized BTC, are traceable to Mining Pools;

  iii. Over 0.5 BTC, or over 12.8%, are from VCEs, with Mt. GOX forming over 43 percent; and

  iv. The remainder are small amounts from BTC-e, unattributed, and other origins.

c) In 2021, INDIVIDUAL 1 sold 29 BTC in his Kraken account for over $978,000, which he sent through his Digital Federal Credit Union account and then primarily sent to his Vanguard account ($435,800) and to his Interactive Brokers account ($175,840). Blockchain analysis indicates 29 BTC was sent from INDIVIDUAL 1's Cluster and:

  i. Over 14.8 BTC, or over 51.2% of the 29 BTC, are traceable to SILK ROAD;

ii. Over 9.3 BTC, or over 32.4% of the seized BTC, are traceable to Mining Pools;

iii. Over 3.5 BTC, or over 12.3%, are from VCEs, with Mt. GOX forming over 42%; and

iv. The remainder are small amounts from BTC-e, unattributed, and other origins.

99.    Analysis of BTC sold INDIVIDUAL 1's VCE accounts and sent via his Paramount account to fund his Vanguard and Interactive Broker accounts indicate it was from the following sources:

a) In 2024, INDIVIDUAL 1 sold 30 BTC in his Kraken account for $2,010,900, which he sent through his Paramount Bank account to fund the bulk of $2,120,000 INDIVIDUAL 1 then transferred to his Interactive Brokers account. Blockchain analysis indicates 30 BTC was sent from INDIVIDUAL 1's Cluster and:

i. Over 15.3 BTC, or over 51.2% of the 30 BTC, are traceable to SILK ROAD;

ii. Over 9.7 BTC, or over 32.4% of the 30 seized BTC, are traceable to Mining Pools;

iii. Over 3.6 BTC, or over 12.3%, are from VCEs, with Mt. GOX forming over 42%; and

iv. The remainder are small amounts from BTC-e, unattributed, and other origins.

b) In May 2025, INDIVIDUAL 1 sent over $1,678,000 from his Paramount Bank account to his Interactive Brokers account. This was primarily funded by the following:

    i. INDIVIDUAL 1 sold 6.76 BTC in his BitStamp account for $499,912, which he sent to his Paramount Bank account;

    ii. As detailed in the section for Defendant Property Item 9, INDIVIDUAL 1 sold over 2.66 BTC in his Gemini account for over $290,150; and

    iii. INDIVIDUAL 1 sold 6 BTC in his Coinbase account for $660,590, which he sent to his Paramount Bank account.

c) Blockchain analysis indicates that the over 15.42 BTC sent to INDIVIDUAL 1's BitStamp, Gemini, and Coinbase accounts that funded the transfers to INDIVIDUAL 1's Interactive Brokers account via Paramount Bank was all sent from INDIVIDUAL 1's Cluster and:

    i. Over 7.8 BTC, or over 50.7% of the 15.42 BTC, are traceable to SILK ROAD;

    ii. Over 4.9 BTC, or over 32.1% of the BTC, are traceable to Mining Pools;

    iii. Over 2 BTC, or over 13.1%, are from VCEs, with Mt. GOX forming over 4%; and

    iv. The remainder are small amounts from BTC-e, unattributed, and other origins.

100. The chart below summarizes the flow of SILK ROAD BTC from INDIVIDUAL 1's Cluster to INDIVIDUAL 1's VCEs account and the resulting U.S.

47

Dollars sent to INDIVIDUAL 1's bank accounts and ultimately to his Interactive Broker account.



### *Defendant Property Item 11*

101.    Defendant Property Item 11 (approximately 200 acres in Holmes, County Florida- Parcel ID 1702.00-000-000-005.000) was purchased by INDIVIDUAL 1 on February 24, 2025, for $270,000. The purchase was funded by two transfers totaling $276,359.83 made on February 26, 2025, from INDIVIDUAL 1's Interactive Brokers account to Pensacola Title Company, which handled the closing for the property.

102.    Review of records show INDIVIDUAL 1 acquired the property with the intent of creating a "Big Cat Sanctuary":

   a)  In an email INDIVIDUAL 1 sent on January 6, 2024, to a South African sanctuary for wild animals, including a lion pride, INDIVIDUAL 1

wrote "i did well with some investments and I'm sitting on 8 figures USD. it's not unreasonable to say i should be worth 9 figures within my life time… while soul searching and trying to figure out what to do with myself I have come to the realization that I want to …dedicate my life to working with animal's… there is nothing I want more in life than to have the relationships… has with his cats"

b)  In an email INDIVIDUAL 1 sent on February 17, 2024, to AskUSDA@usda.gov. he wrote "can sanctuaries with a class C license breed class 1 animals?"

c)  On January 1, 2025, INDIVIDUAL 1 sent an email with the subject "Re: Earthworks: Big Cat Sanctuary, Lee FL" to a contractor, writing, "still need numbers. Clear 20 acres. Dig a moat around that 20 acres that is 10 feet deep and 10 feet wide…"

103.  In communications with various VCE's INDIVIDUAL 1 repeatedly misrepresented the source of the Defendant Property. For example:

a)  On Dec 12, 2020, INDIVIDUAL 1 completed a "Source of Wealth Form" in support of his Binance account and represented that he was a day trader making $400,000 to $600,000 per year and that he was previously the owner of "Gigahash Inc."

b)  In January 2025, in response to a question about the SILK ROAD origin of BTC he deposited at the VCE Pionex, INDIVIDUAL 1 initially wrote "I don't know what you are talking about. Are you emailing the right account owner?". Later INDIVIDUAL 1 claimed the BTC was

"inheritance" from a "deceased family member" and provided a death certificate for a woman who died in 2017 at the age of 85.

104.    When interviewed by law enforcement during the execution of a search warrant at his residence, INDIVIDUAL 1:

a)  denied he ever sold drugs on SILK ROAD; and

b)  claimed that he inherited his BTC from his father who he described as "a drug dealer." Records show that INDIVIDUAL 1's father passed away before the BTC was transferred to INDIVIDUAL 1's SILK ROAD accounts.

## COUNT ONE

## Forfeiture Under 21 U.S.C. § 881(a)(6)

105.    Paragraphs 1 through 104 of this complaint are herein realleged and incorporated by reference.

106.    The Defendant Property is moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act, or proceeds traceable to such an exchange, and/or moneys, negotiable instruments and securities used or intended to be used to facilitate any violation of Title II of the Controlled Substances Act.

107.    Accordingly, the Defendant Property is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6).

## COUNT TWO

## Forfeiture Under 18 U.S.C. § 981(a)(1)(A)

108.    Paragraphs 1 through 104 of this complaint are herein realleged and incorporated by reference.

109.    The Defendant Property constitutes property involved in concealment money laundering transactions committed in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

110.    Accordingly, the Defendant Property is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the plaintiff, United States of America, requests:

1.     The Defendant Property be proceeded against according to the law and the rules of this Court, and that due notice be given to all the interested parties to appear and show cause why forfeiture should not be decreed.

2.     The Court, for the reasons set forth herein, adjudge and decree that the Defendant Property be forfeited to the United States of America and disposed of in accordance with existing laws, together with costs, and for such other relief as this Court deems proper and just.

Respectfully submitted,

DAVID METCALF
United States Attorney


*Matthew T. Newcomer*
MATTHEW T. NEWCOMER
Assistant United States Attorney
Deputy Chief, Economic Crimes /
Asset Recovery & Financial Litigation


*J. Andrew Jenemann*
J. ANDREW JENEMANN
Assistant United States Attorney

Date: July 7, 2026.

## VERIFICATION

I, Geoffrey Gordon , being of legal age, verifies and, pursuant to Title 28, United States Code, Section 1746(2), declares and states as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI), Department of Homeland Security. Since 2006, I have been a federal law enforcement officer charged with conducting criminal investigations, primarily complex financial and money laundering investigations. I am a Certified Anti-Money Laundering Specialist (CAMS), and prior to my law enforcement career, I was a Certified Public Account (CPA) licensed in Pennsylvania. I have extensive experience investigating cyber-crimes, narcotics trafficking, money laundering, and Bank Secrecy Act violations.

2. I have received extensive training in investigating and tracing virtual currency. I have obtained Chainalysis Reactor and Chainalysis Investigations Specialist Certification (CISC). I am familiar with the terms and definitions in Paragraph 13 of the complaint *in rem*.

3. I received training in asset forfeiture laws and assisted in the seizure of assets from defendants that participated in specified unlawful activities. I was admitted as an expert witness in money laundering by the Court of Commons Pleas in Montgomery County, Pennsylvania in an asset forfeiture trial.

4. I have reviewed the foregoing Complaint for Forfeiture *in Rem* and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge. The tracing and analysis of the virtual currency transactions described in the Complaint were performed by me, using Chainalysis Reactor and publicly available blockchain tools.

5.     The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2026.

X _____

Geoffrey Gordon
Special Agent
HSI Philadelphia

# TABLE

# A

Addresses Forming INDIVIDUAL 1's Cluster

| | |
|---|---|
| 1. | 171p5nWGuDrcxCGrFpFwwpovt6cLvMtgaG |
| 2. | 1BUTrPY8zaxwiLZuCEDUDjnNurybMt6GH7 |
| 3. | 1NWDn1MiS5phN8vdJ9AgEXPLUFtjAUSfA5 |
| 4. | 1FmFcx4vEc76F5k5eSM4MJ6U3esRphD9B1 |
| 5. | 1MdwCB9Pt5EkKd8QNjsNF84qq7ZqhqbtmX |
| 6. | 19F9aXds7FF2NifoK1JpfyQNMHSvvQaFXc |
| 7. | 149GGwZjncayEFTDZVEnofGBvejevvMARR |
| 8. | 1Gh2aRnqifJjGJAMo1nnqFLnJFi4z3gqjd |
| 9. | 18tSmtzmgw1jS3jXz3AbK6qg3m13JuJmyK |
| 10. | bc1qq6n5vcuu52t9ep7g56jcrkf2gc5a3crl5t6prs |
| 11. | 19AjRkzJSXj43V5Ei4sHqMGAbsVgfXABgv |
| 12. | 1E48r1NXyDGBUGYjp6wcxSdiUwNZxKt8rh |
| 13. | 1NgXDQgrhPaCCpf4ALj3z42DvzBWrCg3Pi |
| 14. | 1B3vHwu3rnNDhikSc3f5b5hwfhDenRuZcJ |
| 15. | 1GbQDZjULzh5T1RffcSCg28GJ18kYiGibW |
| 16. | 18ZgSFwVLny3NqPQhhWRTMRmr2sjhTGMu7 |
| 17. | 1LHC65C7bGiVbAZxJ8ifHXAvDmGgNAc7Hi |
| 18. | bc1qjsunxtdhf6q2qsg703qsvxs36ynqeszn4p67km |
| 19. | 16duSXJUQPd9LaSwtgM4sho9CzRpuE89cB |
| 20. | 1jiqyAgw6yFJ5XMJ6fGRhtUgZrPLWPMvd |
| 21. | 1K97jovw7bSGuuCdAQ18xQK37mPWPs3YqM |
| 22. | 1JneKeyHHu3B7T8dY6hNcBNABE84oHP4T6 |
| 23. | 1NVtEXXH4XtxGuqLrQAGVLz5oSSLdSk9Sh |
| 24. | 1HBKsDrf98UvkLaoLq1R69bcH4LC2ZtiLG |
| 25. | 18ApknvWG79oXfYwYpbbM7GQCACERwGZ6w |
| 26. | 1DkiQZA3Xv6kb2DhUnzELPhhC36H5oTqxn |
| 27. | 1MHHkdNmj3mbX2YaTQgzyfiDahTJFWSUjq |
| 28. | bc1qx6c03tsf0fpsnp0t9ecehhzpy8xdnxngu338le |
| 29. | bc1qht2gt45r4wspf85kzwyaqmk9srynaha6gn9eq8 |
| 30. | bc1qf5rfatp5fvua38hhxu9mo6wky9p3cr4k0xl4nr |
| 31. | 1CWB2uRn9QHxayWh5QLZH7LXdjE0bKttmL |
| 32. | 19hcK3wFgZxCL6jg9RwnHm9hUjhj3KJVtd |
| 33. | 14eUDob2SbEApwUHY3edReMcAQ6uqXQPRC |
| 34. | 14BGxgQkgnC8J7hbUztyYV9Ujto49QLURv |
| 35. | 1M9hvhV4hV9ZMtdoNHEKdPTxDthEBrxfq5 |
| 36. | 1DxYjSeQf9CFnMbUNxsq6U55wMjgqMYWwN |
| 37. | bc1q8rqpsstpq0pafz2ak4qtldaz3sas46n79kxe6m |
| 38. | 16q7FRqja5mSMekonP3udwhdAWz5JF8bd8 |
| 39. | 12PYzpdKJH3NS747DVq9JQ1LUqWaUEBWSh |
| 40. | 1B4nJegBE5Zi1iVNKftVjMPfS8GXe41GEV |
| 41. | 1H5M6rzUvhrNW9yoBm6Ff4epJ5qDfaTySF |
| 42. | 17c8x6tmvAXcYfcTscMcCDs9iBqwLVM9gs |
| 43. | 1JuhikvDvZKaaQ5wWPTTRHfmofdGsp9MmY |
| 44. | 166dT9X9VYARPiABBZQ6bTUzRHF6PV2xx8 |

| | |
|---|---|
| 45. | 161ERrk5Gyb8wqsUPVejQPtV7jZPDbP08x |
| 46. | 1BZ3go4XwEKkUjgzuPbpxiLBXTWQesX3FR |
| 47. | 16jmQeuMwbdY5aEwY8eZTtDLbNEvinhq3T |
| 48. | 14QWSqucE3CtxRHfmmCwdDbUsxNiGgXfG1 |
| 49. | 1MiGMwd2TpSjjmJCn7HhM8qQpYhq1eE736 |
| 50. | 1P2D1qhkFiC2f8D7gaCgbTSaZWeLdAbzHP |
| 51. | 17PiCx35txjtRPAF86uz391A3c1uvTvCrB |
| 52. | 1MYKBwjRsShjmsytUi5KJkSC0i3f0YYrC2 |
| 53. | 1PwMy9jBMLm4C4R0gJDcBvKE9z6mT4Mns5 |
| 54. | 1NE41mYE2CJ97BQb4t37B1J2xGFfNMptmk |
| 55. | 18nz2mXncUjGCfD0qQ7jvA1T7ncXCXVGJC |
| 56. | 1HgAfjjbhvrazEMcWQXg29Tsyt3n52Ng4P |
| 57. | 1B338HErhSvtLrpMKziXLmwSttpFy80WxK |
| 58. | 1J8jeaWYaubsbub1xgP5efigzkU36PFPEn |
| 59. | 1naPrK4ajjUkZXCYnZjUpokwqPiwbaXt2 |
| 60. | 1LJeWXbtYrUiN4pD4dUxNhVa6Lh6j9tprT |
| 61. | 1NMg37ffUC6LfZwyqEfbh2JTfXxhfdm6Qt |
| 62. | 160WohfxdnRu1sD9RQ2fMCxNbFA5JnpV5q |
| 63. | 15PK6zkpcxrd4aryeQVf39esEFKygr8936 |
| 64. | 13gFDExp8sQVsaUYqGsbJwULyA4BfZRAXL |
| 65. | 1Gr3wbXZJ8iS0zECf20T2G41NNcUA39Nt4 |
| 66. | 1GsuWf308WUWg7xH5bqtLefTvxigsfT2Bc |
| 67. | 1Q5mKAk2N7e92eRxAP1PKkAeWr657cqcHM |
| 68. | 19c6TFyubKGLbFtRnCL1jkLZj1zVbnnfNa |
| 69. | 18BATZEpATTF0UFJMC4td6BE7BDzYsz0it |
| 70. | 1AAHH6Pv5fKpBLD5MBsHBwx9Wq4s3ZpUL4 |
| 71. | 1JhihUtcaU7Qyt5tDuBSqpZYdZcNBCvzKa |
| 72. | 14DzAcPy3XELjH0bbK4ikhZ4ZPz2rrDAbB |
| 73. | 12TpXFZD11TPzQW4ceUb9ScbWEj0EMEQph |
| 74. | 1Fjr35ek1kedYFtYEWCHXAySMVms1stcw6 |
| 75. | 142RP7KhDmJYmJihZtE1qz538B3dVpu5nb |
| 76. | 1EL8Jn1xwWjf76mJn9LLXUUTn64fbzhp23 |
| 77. | 1GvZubLSxbqQwvsAfVsCCxV68dbNrz0WUd |
| 78. | 1MjWzKeR8iv6mi05mNr8uekYEFf60cW23d |
| 79. | 1DS7cB6Y8jSRrcUE2eVmjsTqs85PPvrT1T |
| 80. | 1C4NYZfc1ByJxxszBtfCmKuBNNvKU4Di5f |
| 81. | 1P4wKM9fR0E9zqyxGdvc9Rf6yukM1EZ2qt |
| 82. | 1JA6qX87qY0v4ECbeP6FasW2fjXtraJsKF |
| 83. | 1FEE5GgHqnJUve0XKrMdKA2jWR3H6aaPgn |
| 84. | bc1qgccfaf5xyy2eye9m2t94y2gt05jwd7s0azuznm |
| 85. | 14WWrq6Uzp8teYbBZYaGRZv8WDqB88cqy9 |
| 86. | 12hqASMNqYJd6rybCUEPJDWAEi01FRXVrc |
| 87. | 12n6mSKVWwXBYD77e6bfAdgACaaBgY6E7s |
| 88. | 1Ebby3SQGU68ziWsMkeK4j5iJPQXAjUVM7 |
| 89. | 12DwAn5vV6fvxuahRU7hQJPFx47FAfSsfj |

| | |
|---|---|
| 90. | 19RTd6trpButYStAxEgDUHPZMsFxJM5E4u |
| 91. | 1MxZoXCEGytpFszRJGMbM1jyqqwH7RSL6k |
| 92. | 1GhanVCEyAJ2UQqt3rgtm1um9Xzrx9HkmP |
| 93. | 13GW5yrRvJ9BuouJmSjGMFb5hCD92Tm2v3 |
| 94. | bc1qlef5p6a77lpw2fjcz4z7f9s58rvar5eh0cgdx4 |
| 95. | 1AvWAhz69EE9mUskFDtYq53gGBLFZ6r4rB |
| 96. | 19W3ZpwJWiZWxDVvxRnCmYqJoLJZZPdgCm |
| 97. | 1M1uGFQFRdNJUN1uiF0TELfAHrUB8QZZLL |
| 98. | 13tkeMRDKxrJ9Tj7Tzni7vsvJkqHdMEjSf |
| 99. | 1MxBUFceBsrai3XCQS2AEjfRjSgZpx3aTW |
| 100. | 1J7k7SmegWac2XMS0VuUQ8PsQFBw8sUbmQ |

# EXHIBIT

# A



# Activity Summary

July 4, 2025

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## Account Information

| | |
|---|---|
| Name | ███████████████ |
| Account | U4748559 (Custom Consolidated) |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Portfolio Margin |
| Base Currency | USD |

## Net Asset Value

| | July 3, 2025 | July 4, 2025 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| Cash | -2,426,168.61 | 0.00 | -2,426,168.61 | **-2,426,168.61** | 0.00 |
| Stock | 10,438,850.38 | 10,438,850.38 | 0.00 | **10,438,850.38** | 0.00 |
| Funds | 501,260.57 | 501,260.57 | 0.00 | **501,260.57** | 0.00 |
| Interest Accruals | -696.30 | 0.00 | -696.30 | **-696.30** | 0.00 |
| Dividend Accruals | 713.00 | 713.00 | 0.00 | **713.00** | 0.00 |
| **Total** | **8,513,959.04** | **10,940,823.95** | **-2,426,864.91** | **8,513,959.04** | **0.00** |

| Change in Combined NAV | Total |
|---|---|
| Starting Value | 8,513,959.04 |
| Ending Value | 8,513,959.04 |

| | |
|---|---|
| **Time Weighted Rate of Return** | **0.00%** |

## Mark-to-Market Performance Summary

| Symbol | Quantity | | Price | | Mark-to-Market P/L | | | | | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | |
| **Stocks** | | | | | | | | | | |
| AAPL | 1,952 | 1,952 | 213.5500 | 213.5500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ABNB | 101 | 101 | 136.4900 | 136.4900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| AMAT | 2,303 | 2,303 | 191.0500 | 191.0500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| AMD | 2,038 | 2,038 | 137.9100 | 137.9100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| AMZN | 1,810 | 1,810 | 223.4100 | 223.4100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| AVGO | 2,820 | 2,820 | 275.1800 | 275.1800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| AVRO.CVR | 14 | 14 | -- | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| BLK | 354.497 | 354.497 | 1,082.1500 | 1,082.1500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| BX | 2,423 | 2,423 | 155.1300 | 155.1300 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| DASH | 96 | 96 | 238.7900 | 238.7900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

## Mark-to-Market Performance Summary

| Symbol | Quantity Prior | Quantity Current | Price Prior | Price Current | Mark-to-Market P/L Position | Transaction | Commissions | Other | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| DM | 21.0363 | 21.0363 | 4.9600 | 4.9600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| EBAY | 264 | 264 | 76.3600 | 76.3600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| EQOSQ | 158 | 158 | -- | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ETN | 920 | 920 | 362.2200 | 362.2200 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| GE | 3,080 | 3,080 | 246.8800 | 246.8800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| GOOGL | 2,290 | 2,290 | 179.5300 | 179.5300 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| GS | 769 | 769 | 723.6800 | 723.6800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| HYZN | 3 | 3 | 0.6399 | 0.6399 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| INTC | 1,158 | 1,158 | 22.4900 | 22.4900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| LLFLQ.OLD | 99 | 99 | 0.00001 | 0.00001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| LLY | 493 | 493 | 780.6700 | 780.6700 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| LRCX | 3,100 | 3,100 | 98.8100 | 98.8100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| META | 902 | 902 | 719.0100 | 719.0100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| MS | 3,085 | 3,085 | 144.1400 | 144.1400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| MSFT | 1,085 | 1,085 | 498.8400 | 498.8400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| MU | 769 | 769 | 122.2900 | 122.2900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NKE | 569 | 569 | 76.3900 | 76.3900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NOW | 383 | 383 | 1,044.6900 | 1,044.6900 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NVDA | 8,980 | 8,980 | 159.3400 | 159.3400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| OABI.RST1 | 6 | 6 | -- | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| OABI.RSTD1 | 6 | 6 | -- | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| QCOM | 1,015 | 1,015 | 162.2100 | 162.2100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SGTX.CVR | 8 | 8 | 7.5500 | 7.5500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SPWRQ.OLD | 41 | 41 | -- | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SUNWQ | 173 | 173 | 0.0004 | 0.0004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TGT | 415.8583 | 415.8583 | 104.0600 | 104.0600 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TSLA | 1,808.261 | 1,808.261 | 315.3500 | 315.3500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| UNH | 350 | 350 | 308.5500 | 308.5500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| UPS | 350 | 350 | 104.1300 | 104.1300 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| YTENQ | 6 | 6 | 0.0001 | 0.0001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Stocks** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **Mutual Funds** | | | | | | | | | | |
| BMGAX | 4,469.881 | 4,469.881 | 38.2500 | 38.2500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| FGRAX | 2,354.454 | 2,354.454 | 51.4400 | 51.4400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| MDFGX | 2,555.348 | 2,555.348 | 39.7700 | 39.7700 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| MNDAX | 4,092.402 | 4,092.402 | 26.2800 | 26.2800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Mutual Funds** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **Forex** | | | | | | | | | | |
| USD | -2,426,168.61 | -2,426,168.61 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Forex** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **Total (All Assets)** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |

## Realized & Unrealized Performance Summary

| Symbol | Cost Adj. | Realized | | | | | | Unrealized | | | | | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | | |
| **Stocks** | | | | | | | | | | | | | |
| AAPL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,346.94 | 97,717.43 | 0.00 | 96,370.49 | 96,370.49 | |
| ABNB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6,357.47 | -6,357.47 | -6,357.47 | |
| AMAT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34,816.10 | 0.00 | -31,248.18 | -66,064.27 | -66,064.27 | |
| AMD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15,462.30 | 0.00 | -106,301.46 | -121,763.76 | -121,763.76 | |
| AMZN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103,027.37 | 0.00 | 103,027.37 | 103,027.37 | |
| AVGO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 371,191.10 | 0.00 | 371,191.10 | 371,191.10 | |
| AVRO.CVR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| BLK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81,781.94 | 0.00 | 81,781.94 | 81,781.94 | |
| BX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78,524.88 | 0.00 | 78,524.88 | 78,524.88 | |
| DASH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,763.59 | 0.00 | 2,763.59 | 2,763.59 | |
| DM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,529.82 | -5,529.82 | -5,529.82 | |
| EBAY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 621.67 | 0.00 | 621.67 | 621.67 | |
| EQOSQ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,150.52 | -3,150.52 | -3,150.52 | |
| ETN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,980.54 | 0.00 | 32,980.54 | 32,980.54 | |
| GE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85,393.69 | 0.00 | 172,541.37 | 0.00 | 257,935.06 | 257,935.06 | |
| GOOGL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109,684.34 | 0.00 | 109,684.34 | 109,684.34 | |
| GS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 255,473.35 | 0.00 | 255,473.35 | 255,473.35 | |
| HYZN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,450.58 | -2,450.58 | -2,450.58 | |
| INTC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -24,833.54 | -24,833.54 | -24,833.54 | |
| LLFLQ.OLD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,977.86 | -2,977.86 | -2,977.86 | |
| LLY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -18,892.34 | 0.00 | -1,667.85 | -20,560.19 | -20,560.19 | |
| LRCX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,325.99 | 0.00 | 4,325.99 | 4,325.99 | |
| META | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,650.76 | 0.00 | 219,496.88 | 0.00 | 246,147.64 | 246,147.64 | |
| MS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,178.36 | 0.00 | 144,178.36 | 144,178.36 | |
| MSFT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,917.24 | 0.00 | 117,524.15 | 0.00 | 139,441.39 | 139,441.39 | |
| MU | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7,301.81 | 0.00 | 0.00 | -7,301.81 | -7,301.81 | |
| NKE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -26,668.18 | -26,668.18 | -26,668.18 | |
| NOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,095.25 | 0.00 | 100,095.25 | 100,095.25 | |
| NVDA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,200.11 | 0.00 | 905,807.73 | 0.00 | 924,007.85 | 924,007.85 | |
| OABI.RST1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| OABI.RSTD1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| QCOM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -35,988.83 | 0.00 | 0.00 | -35,988.83 | -35,988.83 | |
| SGTX.CVR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,594.46 | -2,594.46 | -2,594.46 | |
| SPWRQ.OLD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,952.01 | -1,952.01 | -1,952.01 | |
| SUNWQ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,916.71 | -2,916.71 | -2,916.71 | |
| TGT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -56,749.72 | -56,749.72 | -56,749.72 | |
| TSLA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,610.06 | -15,599.27 | 68,610.14 | 0.00 | 75,620.93 | 75,620.93 | |
| UNH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -94,652.16 | 0.00 | 0.00 | -94,652.16 | -94,652.16 | |
| UPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13,966.65 | -13,966.65 | -13,966.65 | |
| YTENQ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,293.30 | -3,293.30 | -3,293.30 | |
| **Total Stocks** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **174,771.86** | **-224,059.75** | **2,866,346.08** | **-292,658.29** | **2,524,399.90** | **2,524,399.90** | |
| **Mutual Funds** | | | | | | | | | | | | | |
| BMGAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22,862.00 | -22,862.00 | -22,862.00 | |
| FGRAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -31,553.37 | -31,553.37 | -31,553.37 | |

## Realized & Unrealized Performance Summary

| Symbol | Cost Adj. | Realized | | | | | Unrealized | | | | | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | |
| MDFGX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,111.57 | -2,111.57 | -2,111.57 | |
| MNDAX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,565.66 | 0.00 | 5,565.66 | 5,565.66 | |
| **Total Mutual Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,565.66 | -56,526.94 | -50,961.28 | -50,961.28 | |
| **Total (All Assets)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 174,771.86 | -224,059.75 | 2,871,911.74 | -349,185.23 | 2,473,438.62 | 2,473,438.62 | |

Notes

1. This statement uses wash sales P/L for realized and unrealized P/L calculations.

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market | | Realized S/T | | Realized L/T | |
|---|---|---|---|---|---|---|---|
| | | MTD | YTD | MTD | YTD | MTD | YTD |
| **Warrants** | | | | | | | |
| DNMWQ | DNMRQ 15JUL25 5 C | 0.00 | -0.90 | 0.00 | 0.00 | 0.00 | -616.83 |
| **Total Warrants** | | **0.00** | **-0.90** | **0.00** | **0.00** | **0.00** | **-616.83** |
| **Stocks** | | | | | | | |
| AAPL | APPLE INC | 16,357.76 | -64,928.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABCL | ABCELLERA BIOLOGICS INC | 0.00 | -32.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABNB | AIRBNB INC-CLASS A | 419.15 | 513.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADBE | ADOBE INC | 0.00 | -3,115.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFIB | ACUTUS MEDICAL INC | 0.00 | -1.78 | 0.00 | 0.00 | 0.00 | -1,976.53 |
| ALLY | ALLY FINANCIAL INC | 0.00 | -700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMAT | APPLIED MATERIALS INC | 18,377.94 | 94,575.17 | 0.00 | 15,987.09 | 0.00 | 0.00 |
| AMD | ADVANCED MICRO DEVICES | -8,131.62 | 34,890.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMWL | AMERICAN WELL CORP-CLASS A | 0.00 | 0.71 | 0.00 | 0.00 | 0.00 | -554.27 |
| AMZN | AMAZON.COM INC | 7,276.20 | 7,276.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANGI | ANGI INC | 0.00 | 0.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANGI | ANGI INC | 0.00 | -79.44 | 0.00 | 0.00 | 0.00 | -46.03 |
| ANNX | ANNEXON INC | 0.00 | -378.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| APLT | APPLIED THERAPEUTICS INC | 0.00 | -62.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARCT | ARCTURUS THERAPEUTICS HOLDIN | 0.00 | -385.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARRY | ARRAY TECHNOLOGIES INC | 0.00 | -46.83 | 0.00 | 0.00 | 0.00 | -32.87 |
| ARVLF | ARRIVAL SA | 0.00 | -0.11 | 0.00 | 0.00 | 0.00 | -2,200.23 |
| AVGO | BROADCOM INC | -1,325.40 | 125,546.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| AZREF | AZURE POWER GLOBAL LTD | 0.00 | 20.92 | 0.00 | 0.00 | 0.00 | -2,928.96 |
| BA | BOEING CO/THE | 0.00 | -1,098.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| BABA | ALIBABA GROUP HOLDING-SP ADR | 0.00 | 1,196.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| BDTX | BLACK DIAMOND THERAPEUTICS I | 0.00 | -36.50 | 0.00 | 0.00 | 0.00 | -8.94 |
| BE | BLOOM ENERGY CORP- A | 0.00 | -366.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| BGS | B&G FOODS INC | 0.00 | -15.66 | 0.00 | 0.00 | 0.00 | 0.00 |
| BL | BLACKLINE INC | 0.00 | -338.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLK | BLACKROCK INC | 11,662.95 | 23,914.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLNK | BLINK CHARGING CO | 0.00 | -35.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| BX | BLACKSTONE INC | 13,447.65 | -36,151.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| BYND | BEYOND MEAT INC | 0.00 | -37.80 | 0.00 | 0.00 | 0.00 | 0.00 |

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market | | Realized S/T | | Realized L/T | |
|--------|-------------|------|------|------|------|------|------|
| | | MTD | YTD | MTD | YTD | MTD | YTD |
| BZUN | BAOZUN INC-SPN ADR | 0.00 | -36.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| C | CITIGROUP INC | 0.00 | 2,017.56 | 0.00 | 0.00 | 0.00 | 2,397.80 |
| CALC | CALCIMEDICA INC | 0.00 | -12.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAN | CANAAN INC. | 0.00 | -160.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| CDNA | CAREDX INC | 0.00 | -0.83 | 0.00 | 0.00 | 0.00 | -14.38 |
| CGEM | CULLINAN THERAPEUTICS INC | 0.00 | -281.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHTR | CHARTER COMMUNICATIONS INC-A | 0.00 | -16.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHWY | CHEWY INC - CLASS A | 0.00 | 353.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLNE | CLEAN ENERGY FUELS CORP | 0.00 | -175.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLSK | CLEANSPARK INC | 0.00 | -13.35 | 0.00 | 0.00 | 0.00 | -2.73 |
| CMCSA | COMCAST CORP-CLASS A | 0.00 | -548.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CODX | CO-DIAGNOSTICS INC | 0.00 | -70.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| COIN | COINBASE GLOBAL INC -CLASS A | 0.00 | -2,079.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| CPS | COOPER-STANDARD HOLDING | 0.00 | -102.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| CVAC | CUREVAC NV | 0.00 | -5.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| CVNA | CARVANA CO | 0.00 | 20.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| CYTH | CYCLO THERAPEUTICS INC | 0.00 | 0.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| CZR | CAESARS ENTERTAINMENT INC | 0.00 | -740.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| DAO | YOUDAO INC - ADR | 0.00 | -52.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| DASH | DOORDASH INC - A | -741.12 | 6,819.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| DIS | WALT DISNEY CO/THE | 0.00 | -1,414.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| DKNG | DRAFTKINGS INC-CL A | 0.00 | -620.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| DM | DESKTOP METAL INC-A | 0.00 | 55.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| DNMRQ | DANIMER SCIENTIFIC INC | 0.00 | -4.02 | 0.00 | 0.00 | 0.00 | -1,270.83 |
| EBAY | EBAY INC | 501.60 | 3,957.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| EDIT | EDITAS MEDICINE INC | 0.00 | 6.88 | 0.00 | 0.00 | 0.00 | -42.35 |
| ENLV | ENLIVEX THERAPEUTICS LTD | 0.00 | -38.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| EQOSQ | EQONEX LTD | 0.00 | -0.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| ESPR | ESPERION THERAPEUTICS INC | 0.00 | -106.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| ETN | EATON CORP PLC | 4,811.60 | 29,835.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| EVLO | EVELO BIOSCIENCES INC | 0.00 | -0.01 | 0.00 | 0.00 | 0.00 | -2,903.41 |
| FCEL | FUELCELL ENERGY INC | 0.00 | -19.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| FF | FUTUREFUEL CORP | 0.00 | -304.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIZZ | NATIONAL BEVERAGE CORP | 0.00 | 34.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| FUVV | ARCIMOTO INC | 0.00 | -0.01 | 0.00 | 0.00 | 0.00 | -2,572.81 |
| GE | GENERAL ELECTRIC | -32,370.80 | 248,648.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| GILT | GILAT SATELLITE NETWORKS LTD | 0.00 | -14.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLPG | GALAPAGOS NV-SPON ADR | 0.00 | -118.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOOGL | ALPHABET INC-CL A | 7,557.00 | -21,434.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRTSQ | GRITSTONE BIO INC | 0.00 | -1.56 | 0.00 | 0.00 | 0.00 | -2,987.95 |
| GS | GOLDMAN SACHS GROUP INC | 12,250.17 | 120,779.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| HASI | HA SUSTAINABLE INFRASTRUCTUR | 0.00 | -17.53 | 0.00 | 0.00 | 0.00 | -19.87 |
| HCSG | HEALTHCARE SERVICES GROUP | 0.00 | -178.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| HYLN | HYLIION HOLDINGS CORP | 0.00 | -208.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| HYZN | HYZON MOTORS INC | 0.00 | -1.25 | 0.00 | 0.00 | 0.00 | 0.00 |

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market | | Realized S/T | | Realized L/T | |
|---|---|---|---|---|---|---|---|
| | | MTD | YTD | MTD | YTD | MTD | YTD |
| IBRX | IMMUNITYBIO INC | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLMF | ILLUMIN HOLDINGS INC | 0.00 | -0.98 | 0.00 | 0.00 | 0.00 | -2,831.62 |
| INTC | INTEL CORP | 104.22 | 2,825.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| IQ | IQIYI INC-ADR | 0.00 | -61.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| IRBT | IROBOT CORP | 0.00 | -90.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| JMIA | JUMIA TECHNOLOGIES AG-ADR | 0.00 | -136.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| KRON | KRONOS BIO INC | 0.00 | -26.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| KURA | KURA ONCOLOGY INC | 0.00 | -302.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAKE | LAKELAND INDUSTRIES INC | 0.00 | -631.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEVGQ | LION ELECTRIC CO/THE | 0.00 | -2.33 | 0.00 | 0.00 | 0.00 | -2,990.92 |
| LGND | LIGAND PHARMACEUTICALS | 0.00 | 71.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| LLY | ELI LILLY & CO | 562.02 | 10,898.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| LMPX | LMP AUTOMOTIVE HOLDINGS INC | 0.00 | 1.86 | 0.00 | 0.00 | 0.00 | -1,854.11 |
| LRCX | LAM RESEARCH CORP | 4,557.00 | 83,824.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LSF | LAIRD SUPERFOOD INC | 0.00 | -173.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| LUV | SOUTHWEST AIRLINES CO | 0.00 | -1,540.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MAX | MEDIAALPHA INC-CLASS A | 0.00 | -219.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCRB | SERES THERAPEUTICS INC | 0.00 | -41.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEHCQ | 23ANDME HOLDING CO -CLASS A | 0.00 | -17.17 | 0.00 | 0.00 | 0.00 | -3,029.92 |
| META | META PLATFORMS INC-CLASS A | -17,210.16 | 121,364.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| MGNI | MAGNITE INC | 0.00 | -449.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| MS | MORGAN STANLEY | 10,118.80 | 62,532.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| MSFT | MICROSOFT CORP | 1,551.55 | 85,715.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MTLS | MATERIALISE NV-ADR | 0.00 | -116.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| MTZ | MASTEC INC | 0.00 | -77.07 | 0.00 | 0.00 | 0.00 | -81.75 |
| MU | MICRON TECHNOLOGY INC | -738.24 | 29,498.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| MVST | MICROVAST HOLDINGS INC | 0.00 | -48.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| MYTE | MYT NETHERLANDS PARENT BV | 0.00 | 83.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAUT | NAUTILUS BIOTECHNOLOGY INC | 0.00 | -140.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCLH | NORWEGIAN CRUISE LINE HOLDIN | 0.00 | -1,687.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCTY | THE9 LTD-ADR | 0.00 | -18.93 | 0.00 | 0.00 | 0.00 | -265.19 |
| NKE | NIKE INC -CL B | 3,271.75 | 1,092.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| NKTX | NKARTA INC | 0.00 | -29.41 | 0.00 | 0.00 | 0.00 | -59.05 |
| NNOX | NANO-X IMAGING LTD | 0.00 | -113.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOW | SERVICENOW INC | 6,361.63 | -5,909.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| NRDE | NU RIDE INC | 0.00 | -0.19 | 0.00 | 0.00 | 0.00 | -2,826.03 |
| NTDOY | NINTENDO CO LTD-UNSPONS ADR | 0.00 | 6,093.73 | 0.00 | 0.00 | 0.00 | 6,212.90 |
| NVDA | NVIDIA CORP | 12,212.80 | 225,128.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| OABI | OMNIAB INC | 0.00 | -148.27 | 0.00 | 0.00 | 0.00 | -1.09 |
| OLMA | OLEMA PHARMACEUTICALS INC | 0.00 | -177.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONVO | ORGANOVO HOLDINGS INC | 0.00 | -30.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONVO | ORGANOVO HOLDINGS INC | 0.00 | -19.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| ORCL | ORACLE CORP | 0.00 | 6,365.54 | 0.00 | 3,212.99 | 0.00 | 0.00 |
| PARA | PARAMOUNT GLOBAL-CLASS B | 0.00 | 12.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| PARAA | PARAMOUNT GLOBAL-CLASS A | 0.00 | 66.34 | 0.00 | 0.00 | 0.00 | 0.00 |

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market MTD | Mark-to-Market YTD | Realized S/T MTD | Realized S/T YTD | Realized L/T MTD | Realized L/T YTD |
|---|---|---|---|---|---|---|---|
| PCT | PURECYCLE TECHNOLOGIES INC | 0.00 | -424.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN | PENN ENTERTAINMENT INC | 0.00 | -142.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| PINS | PINTEREST INC- CLASS A | 0.00 | -1,246.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLSE | PULSE BIOSCIENCES INC | 0.00 | -66.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLUG | PLUG POWER INC | 0.00 | -40.20 | 0.00 | 0.00 | 0.00 | -31.66 |
| PNTG | PENNANT GROUP INC/THE | 0.00 | -0.29 | 0.00 | 0.00 | 0.00 | -7.99 |
| POLA | POLAR POWER INC | 0.00 | -12.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRLB | PROTO LABS INC | 0.00 | -39.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| PTON | PELOTON INTERACTIVE INC-A | 0.00 | -156.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PYPL | PAYPAL HOLDINGS INC | 0.00 | -2,838.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| QCOM | QUALCOMM INC | 2,994.25 | 10,484.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| QS | QUANTUMSCAPE CORP | 0.00 | -69.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| RDFN | REDFIN CORP | 0.00 | 32.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| RFL | RAFAEL HOLDINGS INC-CLASS B | 0.00 | -0.54 | 0.00 | 0.00 | 0.00 | -154.29 |
| ROKU | ROKU INC | 0.00 | -706.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RSI | RUSH STREET INTERACTIVE INC | 0.00 | -202.41 | 0.00 | 0.00 | 0.00 | -5.59 |
| RUN | SUNRUN INC | 0.00 | -69.84 | 0.00 | 0.00 | 0.00 | -33.08 |
| SBUX | STARBUCKS CORP | 0.00 | -473.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEED | ORIGIN AGRITECH LTD | 0.00 | -104.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEER | SEER INC | 0.00 | -9.40 | 0.00 | 0.00 | 0.00 | -38.25 |
| SFIX | STITCH FIX INC-CLASS A | 0.00 | -31.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| SNAP | SNAP INC - A | 0.00 | -1,062.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| SNSE | SENSEI BIOTHERAPEUTICS INC | 0.00 | -17.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOL | EMEREN GROUP LTD | 0.00 | -70.66 | 0.00 | 0.00 | 0.00 | -8.61 |
| SPCE | VIRGIN GALACTIC HOLDINGS INC | 0.00 | -8.34 | 0.00 | 0.00 | 0.00 | -794.82 |
| SQZB | SQZ BIOTECHNOLOGIES CO | 0.00 | -0.42 | 0.00 | 0.00 | 0.00 | -3,073.56 |
| STTK | SHATTUCK LABS INC | 0.00 | -16.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNWQ | SUNWORKS INC | 0.05 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| TECX | TECTONIC THERAPEUTIC INC | 0.00 | -355.60 | 0.00 | 0.00 | 0.00 | -32.50 |
| TGT | TARGET CORP | 2,249.79 | -12,009.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRIP | TRIPADVISOR INC | 0.00 | -394.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| TSLA | TESLA INC | -4,177.08 | -157,284.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| TUPBQ | TUPPERWARE BRANDS CORP | 0.00 | 0.82 | 0.00 | 0.00 | 0.00 | -3,030.44 |
| U | UNITY SOFTWARE INC | 0.00 | -349.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| UBER | UBER TECHNOLOGIES INC | 0.00 | 28,366.16 | 0.00 | 9,659.28 | 0.00 | 0.00 |
| UNH | UNITEDHEALTH GROUP INC | -1,197.00 | -67,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPS | UNITED PARCEL SERVICE-CL B | 1,116.50 | -6,541.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| VIR | VIR BIOTECHNOLOGY INC | 0.00 | -101.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| VJTTY | VOXELJET AG-ADR | 0.00 | 0.60 | 0.00 | 0.00 | 0.00 | -2,053.94 |
| VOR | VOR BIOPHARMA INC | 0.00 | -30.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| XPEV | XPENG INC - ADR | 0.00 | 664.84 | 0.00 | 0.00 | 0.00 | -28.35 |
| XYZ | BLOCK INC | 0.00 | -576.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTENQ | YIELD10 BIOSCIENCE INC | 0.00 | -1.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| Z | ZILLOW GROUP INC - C | 0.00 | -593.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| ZM | ZOOM COMMUNICATIONS INC | 0.00 | -143.78 | 0.00 | 0.00 | 0.00 | 0.00 |

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market | | Realized S/T | | Realized L/T | |
|---|---|---|---|---|---|---|---|
| | | MTD | YTD | MTD | YTD | MTD | YTD |
| Total Stocks | | 71,870.96 | 973,073.51 | 0.00 | 28,859.37 | 0.00 | -32,184.23 |
| **Mutual Funds** | | | | | | | |
| BMGAX | Blackrock Funds BR MID CAP GROWTH EQUITY - CLASS A | -983.37 | 7,196.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| FAGAX | Fidelity FIDELITY ADV GROWTH OPPORT | 0.00 | 68,030.27 | 0.00 | 0.00 | 0.00 | 32,150.47 |
| FGRAX | Franklin Templeton Investments FRANKLIN GROWTH OPPORTUNITIES FUND | 353.16 | 6,733.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| FKDNX | Franklin Templeton Investments FRANKLIN DYNATECH FUND | 0.00 | 6,611.94 | 0.00 | 0.00 | 0.00 | 10,830.43 |
| MDFGX | Blackrock Funds BR Capital Appreciation - Investor A | 408.86 | 7,052.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| MNDAX | MFS Investment Management MFS NEW DISCOVERY FUND-A | 1,882.50 | 5,647.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Mutual Funds | | 1,661.15 | 101,272.72 | 0.00 | 0.00 | 0.00 | 42,980.90 |
| Total (All Assets) | | 73,532.11 | 1,074,345.32 | 0.00 | 28,859.37 | 0.00 | 10,179.84 |

## Cash Report

| | Total | Securities | Futures | Paxos | Month to Date | Year to Date |
|---|---|---|---|---|---|---|
| **Base Currency Summary** | | | | | | |
| Starting Cash | -2,426,168.61 | -2,426,168.61 | 0.00 | 0.00 | | |
| Commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -35.24 |
| Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,719,151.42 |
| Withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -481,631.17 |
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 313.80 | 38,674.81 |
| Broker Interest Paid and Received | 0.00 | 0.00 | 0.00 | 0.00 | -13,155.22 | -127,819.68 |
| Trades (Sales) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 915,812.53 |
| Other Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.26 |
| Payment In Lieu of Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 3.60 | 5,087.50 |
| Ending Cash | -2,426,168.61 | -2,426,168.61 | 0.00 | 0.00 | | |
| Ending Settled Cash | -2,426,168.61 | -2,426,168.61 | 0.00 | 0.00 | | |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| **USD** | | | | | | | | |
| AAPL | 1,952 | 1 | 164.17987437 | 320,479.11 | 213.5500 | 416,849.60 | 96,370.49 | |
| ABNB | 101 | 1 | 199.43520257 | 20,142.96 | 136.4900 | 13,785.49 | -6,357.47 | |
| AMAT | 2,303 | 1 | 219.73617956 | 506,052.42 | 191.0500 | 439,988.15 | -66,064.27 | |
| AMD | 2,038 | 1 | 197.65669423 | 402,824.34 | 137.9100 | 281,060.58 | -121,763.76 | |
| AMZN | 1,810 | 1 | 166.4888034 | 301,344.73 | 223.4100 | 404,372.10 | 103,027.37 | |
| AVGO | 2,820 | 1 | 143.55194979 | 404,816.50 | 275.1800 | 776,007.60 | 371,191.10 | |
| AVRO.CVR | 14 | 1 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.00 | |
| BLK | 354.497 | 1 | 851.45145913 | 301,836.99 | 1,082.1500 | 383,618.93 | 81,781.94 | |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| BX | 2,423 | 1 | 122.72187884 | 297,355.11 | 155.1300 | 375,879.99 | 78,524.88 | |
| DASH | 96 | 1 | 210.00264851 | 20,160.25 | 238.7900 | 22,923.84 | 2,763.59 | |
| DM | 21.0363 | 1 | 267.83036941 | 5,634.16 | 4.9600 | 104.34 | -5,529.82 | |
| EBAY | 264 | 1 | 74.00520257 | 19,537.37 | 76.3600 | 20,159.04 | 621.67 | |
| EQOSQ | 158 | 1 | 19.9400 | 3,150.52 | 0.0000 | 0.00 | -3,150.52 | |
| ETN | 920 | 1 | 326.37158814 | 300,261.86 | 362.2200 | 333,242.40 | 32,980.54 | |
| GE | 3,080 | 1 | 163.13485052 | 502,455.34 | 246.8800 | 760,390.40 | 257,935.06 | |
| GOOGL | 2,290 | 1 | 131.63290619 | 301,439.36 | 179.5300 | 411,123.70 | 109,684.34 | |
| GS | 769 | 1 | 391.4649812 | 301,036.57 | 723.6800 | 556,509.92 | 255,473.35 | |
| HYZN | 3 | 1 | 817.5000 | 2,452.50 | 0.6399 | 1.92 | -2,450.58 | |
| INTC | 1,158 | 1 | 43.93520257 | 50,876.96 | 22.4900 | 26,043.42 | -24,833.54 | |
| LLFLQ.OLD | 99 | 1 | 30.07939394 | 2,977.86 | 0.00001 | 0.00 | -2,977.86 | |
| LLY | 493 | 1 | 822.37424155 | 405,430.50 | 780.6700 | 384,870.31 | -20,560.19 | |
| LRCX | 3,100 | 1 | 97.41452026 | 301,985.01 | 98.8100 | 306,311.00 | 4,325.99 | |
| META | 902 | 1 | 446.11904806 | 402,399.38 | 719.0100 | 648,547.02 | 246,147.64 | |
| MS | 3,085 | 1 | 97.40471152 | 300,493.54 | 144.1400 | 444,671.90 | 144,178.36 | |
| MSFT | 1,085 | 1 | 370.32258694 | 401,800.01 | 498.8400 | 541,241.40 | 139,441.39 | |
| MU | 769 | 1 | 131.78520257 | 101,342.82 | 122.2900 | 94,041.01 | -7,301.81 | |
| NKE | 569 | 1 | 123.25849871 | 70,134.09 | 76.3900 | 43,465.91 | -26,668.18 | |
| NOW | 383 | 1 | 783.34470257 | 300,021.02 | 1,044.6900 | 400,116.27 | 100,095.25 | |
| NVDA | 8,980 | 1 | 56.44380315 | 506,865.35 | 159.3400 | 1,430,873.20 | 924,007.85 | |
| OABI.RST1 | 6 | 1 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.00 | |
| OABI.RSTD1 | 6 | 1 | 0.0000 | 0.00 | 0.0000 | 0.00 | 0.00 | |
| QCOM | 1,015 | 1 | 197.66697597 | 200,631.98 | 162.2100 | 164,643.15 | -35,988.83 | |
| SGTX.CVR | 8 | 1 | 331.85701412 | 2,654.86 | 7.5500 | 60.40 | -2,594.46 | |
| SPWRQ.OLD | 41 | 1 | 47.6100 | 1,952.01 | 0.0000 | 0.00 | -1,952.01 | |
| SUNWQ | 173 | 1 | 16.8600 | 2,916.78 | 0.0004 | 0.07 | -2,916.71 | |
| TGT | 415.8583 | 1 | 240.52406094 | 100,023.93 | 104.0600 | 43,274.21 | -56,749.72 | |
| TSLA | 1,808.261 | 1 | 273.53030139 | 494,614.18 | 315.3500 | 570,235.11 | 75,620.93 | |
| UNH | 350 | 1 | 578.98475057 | 202,644.66 | 308.5500 | 107,992.50 | -94,652.16 | |
| UPS | 350 | 1 | 144.03470257 | 50,412.15 | 104.1300 | 36,445.50 | -13,966.65 | |
| YTENQ | 6 | 1 | 548.88288883 | 3,293.30 | 0.0001 | 0.00 | -3,293.30 | |
| Total | | | | 7,914,450.48 | | 10,438,850.38 | 2,524,399.90 | |
| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |

### Mutual Funds

### USD

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| BMGAX | 4,469.881 | 1 | 43.36467794 | 193,834.95 | 38.2500 | 170,972.95 | -22,862.00 | |
| FGRAX | 2,354.454 | 1 | 64.84156412 | 152,666.48 | 51.4400 | 121,113.11 | -31,553.37 | |
| MDFGX | 2,555.348 | 1 | 40.59633365 | 103,737.76 | 39.7700 | 101,626.19 | -2,111.57 | |
| MNDAX | 4,092.402 | 1 | 24.92000053 | 101,982.66 | 26.2800 | 107,548.32 | 5,565.66 | |
| Total | | | | 552,221.85 | | 501,260.57 | -50,961.28 | |

## Interest Accruals

**Base Currency Summary**

| | |
|---|---:|
| Starting Accrual Balance | -696.30 |
| Interest Accrued | 0.00 |
| Accrual Reversal | 0.00 |
| Ending Accrual Balance | -696.30 |

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Underlying | Listing Exch | Multiplier | Type | Code |
|--------|-------------|-------|-------------|------------|--------------|------------|------|------|
| **Stocks** | | | | | | | | |
| AAPL | APPLE INC | 265598 | US0378331005 | AAPL | NASDAQ | 1 | COMMON | |
| ABNB | AIRBNB INC-CLASS A | 459530964 | US0090661010 | ABNB | NASDAQ | 1 | COMMON | |
| AMAT | APPLIED MATERIALS INC | 266093 | US0382221051 | AMAT | NASDAQ | 1 | COMMON | |
| AMD | ADVANCED MICRO DEVICES | 4391 | US0079031078 | AMD | NASDAQ | 1 | COMMON | |
| AMZN | AMAZON.COM INC | 3691937 | US0231351067 | AMZN | NASDAQ | 1 | COMMON | |
| AVGO | BROADCOM INC | 313130367 | US11135F1012 | AVGO | NASDAQ | 1 | COMMON | |
| AVRO.CVR | CONTRA TECTONIC THERAP | 711488617 | US878CVR0187 | AVRO.CVR | VALUE | 1 | COMMON | |
| BLK | BLACKROCK INC | 729193719 | US09290D1019 | BLK | NYSE | 1 | COMMON | |
| BX | BLACKSTONE INC | 372834689 | US09260D1072 | BX | NYSE | 1 | COMMON | |
| DASH | DOORDASH INC - A | 459309417 | US25809K1051 | DASH | NASDAQ | 1 | COMMON | |
| DM | DESKTOP METAL INC-A | 707171198 | US25058X3035 | DM | VALUE | 1 | COMMON | |
| EBAY | EBAY INC | 4347086 | US2786421030 | EBAY | NASDAQ | 1 | COMMON | |
| EQOSQ | EQONEX LTD | 448085740 | SGXZ53262598 | EQOSQ | VALUE | 1 | COMMON | |
| ETN | EATON CORP PLC | 118017869 | IE00B8KQN827 | ETN | NYSE | 1 | COMMON | |
| GE | GENERAL ELECTRIC | 498843743 | US3696043013 | GE | NYSE | 1 | COMMON | |
| GOOGL | ALPHABET INC-CL A | 208813719 | US02079K3059 | GOOGL | NASDAQ | 1 | COMMON | |
| GS | GOLDMAN SACHS GROUP INC | 4627828 | US38141G1040 | GS | NYSE | 1 | COMMON | |
| HYZN | HYZON MOTORS INC | 727785555 | US44951Y2019 | HYZN | VALUE | 1 | COMMON | |
| INTC | INTEL CORP | 270639 | US4581401001 | INTC | NASDAQ | 1 | COMMON | |
| LLFLQ.OLD | LL FLOORING HOLDINGS INC | 71340998 | US55003T1079 | LLFLQ.OLD | VALUE | 1 | COMMON | |
| LLY | ELI LILLY & CO | 9160 | US5324571083 | LLY | NYSE | 1 | COMMON | |
| LRCX | LAM RESEARCH CORP | 732440574 | US5128073062 | LRCX | NASDAQ | 1 | COMMON | |
| META | META PLATFORMS INC-CLASS A | 107113386 | US30303M1027 | META | NASDAQ | 1 | COMMON | |
| MS | MORGAN STANLEY | 2841574 | US6174464486 | MS | NYSE | 1 | COMMON | |
| MSFT | MICROSOFT CORP | 272093 | US5949181045 | MSFT | NASDAQ | 1 | COMMON | |
| MU | MICRON TECHNOLOGY INC | 9939 | US5951121038 | MU | NASDAQ | 1 | COMMON | |
| NKE | NIKE INC -CL B | 10291 | US6541061031 | NKE | NYSE | 1 | COMMON | |
| NOW | SERVICENOW INC | 109911821 | US81762P1021 | NOW | NYSE | 1 | COMMON | |
| NVDA | NVIDIA CORP | 4815747 | US67066G1040 | NVDA | NASDAQ | 1 | COMMON | |
| OABI.RST1 | OMNIAB INC - RSTD 15.00 EARNOUT | 596111484 | US68218J3014 | OABI.RST1 | VALUE | 1 | COMMON | |
| OABI.RSTD1 | OMNIAB INC - RSTD 12.5 EARNOUT | 596111481 | US68218J2024 | OABI.RSTD | VALUE | 1 | COMMON | |
| QCOM | QUALCOMM INC | 273544 | US7475251036 | QCOM | NASDAQ | 1 | COMMON | |
| SGTX.CVR | CONTRA SIGILON THERAPE + | 648093147 | US826CVR0370 | SGTX.CVR | VALUE | 1 | COMMON | |
| SPWRQ.OLD | SUNPOWER CORP | 97530248 | US8676524064 | SPWRQ.OLD | VALUE | 1 | COMMON | |
| SUNWQ | SUNWORKS INC | 381433409 | US86803X2045 | SUNWQ | PINK | 1 | COMMON | |
| TGT | TARGET CORP | 6437 | US87612E1064 | TGT | NYSE | 1 | COMMON | |
| TSLA | TESLA INC | 76792991 | US88160R1014 | TSLA | NASDAQ | 1 | COMMON | |
| UNH | UNITEDHEALTH GROUP INC | 13272 | US91324P1021 | UNH | NYSE | 1 | COMMON | |
| UPS | UNITED PARCEL SERVICE-CL B | 6231002 | US9113121068 | UPS | NYSE | 1 | COMMON | |
| YTENQ | YIELD10 BIOSCIENCE INC | 700734954 | US98585K8541 | YTENQ | PINK | 1 | COMMON | |

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Underlying | Listing Exch | Multiplier | Code |
|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | |
| BMGAX | Blackrock Funds BR MID CAP GROWTH EQUITY - CLASS A | 141157200 | US0919288466 | BMGAX | | 1 | |
| FGRAX | Franklin Templeton Investments FRANKLIN GROWTH OPPORTUNITIES FUND | 141158165 | US3547136875 | FGRAX | | 1 | |
| MDFGX | Blackrock Funds BR Capital Appreciation - Investor A | 141158401 | US09251R1077 | MDFGX | | 1 | |
| MNDAX | MFS Investment Management MFS NEW DISCOVERY FUND-A | 141158941 | US5529835531 | MNDAX | | 1 | |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| A | Assignment | LT | Long Term P/L |
| ADR | ADR Fee Accrual | Lo | Direct Loan |
| AEx | Automatic exercise for dividend-related recommendation. | M | Entered manually by IB |
| AFx | AutoFX conversion resulting from trading | MEx | Manual exercise for dividend-related recommendation. |
| Adj | Adjustment | ML | Maximize Losses tax basis election |
| Al | Allocation | MLG | Maximize Long Term Gain tax basis election |
| Aw | Away Trade | MLL | Maximize Long Term Loss tax basis election |
| B | Automatic Buy-in | MSG | Maximize Short Term Gain tax basis election |
| Bo | Direct Borrow | MSL | Maximize Short Term Loss tax basis election |
| C | Closing Trade | O | Opening Trade |
| CD | Cash Delivery | Off | Yes and No contracts offset to $1.00 cash settlement |
| CP | Complex Position | P | Partial Execution |
| Ca | Cancelled | PE | Perpetual Investment |
| Co | Corrected Trade | PI | Price Improvement |
| Cx | Part or all of this transaction was a Crossing executed as dual agent by IB for two IB customers | PTA | Post Trade Allocation |
| DT | Discounted Trade | Po | Interest or Dividend Accrual Posting |
| De | Delivery or Conversion Action | Pr | Part or all of this transaction was executed by the Exchange as a Crossing by IB against an IB affiliate and is therefore classified as a Principal and not an agency trade |
| ETF | ETF Creation/Redemption | R | Dividend Reinvestment |
| Ep | Resulted from an Expired Position | RED | Redemption to Investor |
| Ex | Exercise | RI | Recurring Investment |
| FP | The fractional portion of this trade was executed against IB or an affiliate. | RP | IB acted as agent for the fractional share portion of this trade, which was executed by an IB affiliate as riskless principal. |
| FPA | The fractional portion of this trade was executed against IB or an affiliate. IB acted as agent for the whole share portion of this trade. | RPA | IB acted as agent for both the fractional share portion and the whole share portion of this trade; the fractional share portion was executed by an IB Affiliate as riskless principal. |
| G | Trade in Guaranteed Account Segment | Rb | Rebill |
| GEA | Exercise or Assignment resulting from offsetting positions | Re | Interest or Dividend Accrual Reversal |
| HC | Highest Cost tax basis election | Ri | Reimbursement |
| HFI | Investment Transferred to Hedge Fund | S0 | Contract settled to zero value |
| HFR | Redemption from Hedge Fund | S1 | Contract settled to $1.00 |
| I | Internal Transfer | SF | Trade is subject to IBKR Lite Surcharge Fee if volume of such trades exceeds 10% of the total monthly Lite trade volume |
| IA | The transaction was executed against IB or an affiliate | SI | This order was solicited by Interactive Brokers |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| IM | A portion of the order was executed against IB or an affiliate; IB acted as agent on a portion. | SL | Specific Lot tax basis election |
| INV | Investment Transfer from Investor | SO | This order was marked as solicited by your Introducing Broker |
| IPO | This transaction was executed as part of an IPO in which IB was a member of the selling group and is classified as a Principal trade. | SS | Customer designated this trade for shortened settlement and so is subject to execution at prices above the prevailing market |
| L | Ordered by IB (Margin Violation) | ST | Short Term P/L |
| LD | Adjusted by Loss Disallowed from Wash Sale | T | Transfer |
| LF | Liquidation of fractional position by IB | Un | Unvested shares from stock grant |
| LI | Last In, First Out (LIFO) tax basis election | XCH | Mutual Fund Exchange Transaction |

## Notes/Legal Notes

### Notes

1. Stock exchange transactions generally settle on the trade date plus one business day (T+1). Options, futures and US open-end mutual fund transactions also settle on trade date plus one business day. Some exchanges and other transaction types may have longer or shorter settlement periods. Ending settled cash reflects the cash that has actually settled.

2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

3. Interactive Brokers LLC receives compensation from fund companies in connection with the purchase and holding of fund shares by customers of Interactive Brokers LLC. Such compensation includes, but is not limited to, Rule 12b-1 fees that are paid out of the funds assets. The source and amount of any remuneration received by Interactive Brokers LLC in connection with a transaction will be furnished upon written request of the customer.  IB may share a portion of the compensation received from fund companies with your independent advisor or introducing broker.

4. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases.

5. IB acts as agent in executing the fractional share portion of your order. In certain circumstances, IB routes the fractional portion of your order to an affiliate, which may execute the fractional portion of the order as principal. In such circumstances, this is indicated by the codes associated with the trade. If an IB affiliate acts as principal in executing any fractional share portion of your order, the order will be executed at the price displayed for the opposite side of the NBBO from your order (the offer if you are buying and the bid if you are selling) at the time of execution. If an IB affiliate is acting as riskless principal in connection with filling the fractional share portion of your order, the affiliate will execute the fractional share portion of your order at the price it receives for the execution of the whole share.

6. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

7. Trade execution times are displayed in Eastern Time.

8. Applicable regulatory fees for your transactions are available on the IB website at www.interactivebrokers.com/en/accounts/fees/exchangeAndRegulatoryFees.php.

9. Borrow Fee Rate represents the cost to borrow stock expressed in percent per annum. It is applied to the collateral value on the stock borrow contract and is separate from any interest earned on credit cash balances. Similarly, Loan Fee Rate represents the benefit to lend stock. A positive rate indicates a cost to the borrower/benefit to the lender and a negative rate indicates a benefit to the borrower/cost to the lender. In general, the fee rates for hard-to-borrow stocks are higher than for normal availability stocks.

10. Interest Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock.  A positive rate indicates a benefit to the lender.

11. The closing prices on this Activity Statement are indicative and may come from third-party sources. Interactive Brokers does not warrant the accuracy of the prices provided by third-party sources. Due to time zone differences, certain non-US mutual funds may deliver closing prices after the Activity Statement has been produced and the closing prices for such funds will reflect the previous day's price.

12. All Market Data and Research services are provided through Global Financial Information Services (GmbH).

13. Market data is provided by Global Financial Information Services (GmbH). Your local broker collects amounts owed for fees and tax for such data on behalf of Global Financial Information Services (GmbH). Note, you are responsible for any applicable taxes relating to the provision of these services.

### Mutual Fund Notes

1. All purchase and sales of mutual funds are calculated against the published NAV (Net Asset Value) of the underlying fund and is displayed on this confirmation as the "C. Price" (Closing Price). Due to any fees charged by a fund and/or any share rounding, the net price you pay may vary from the published NAV and is shown on this confirmation as the "T. Price" (Trade Price).

### Fixed Income Notes

1. Call features for bonds or preferred stocks may affect the yield. For zero coupon, compound interest and multiplier securities, there are no periodic payments and securities may be callable below maturity value without notice to holder unless registered. For asset-backed securities, the actual yield may vary depending on the speed at which the underlying note is pre-paid. For additional information regarding bond yield, please contact the IB Help Desk at: ibkr.com/help. If this debt security is unrated by a nationally recognized statistical rating organization, it may pose a high risk of default. You should consult an independent advisor to determine whether unrated bonds are appropriate for your portfolio in light of your goals and your financial circumstances. Fees charged by bond trading centers are included in the cost of bond transactions.

### Legal Notes

## Notes/Legal Notes

1. Please promptly report any inaccuracy or discrepancy in this statement, or in your account. Contact the IB Customer Service Department in writing using the form available on the IB website. You may also contact IB by phone, but if you report an error by phone, you should re-confirm such oral communication in writing in order to protect your rights, including rights under the Securities Investor Protection Act (SIPA).

   Interactive Brokers:

   Interactive Brokers LLC, www.interactivebrokers.com, 877-442-2757 (U.S.)

   Interactive Brokers (UK) (Ltd), www.interactivebrokers.co.uk, 00800-42-276537 (Intl)

   Interactive Brokers Canada Inc., www.interactivebrokers.ca, 877-745-4222 (Can.)

2. Unless otherwise noted, Interactive Brokers acted as agent in the execution of the above transactions. For those exchanges where IB is not a direct clearing member or custodian, IB may use one of the following clearing agents or sub-custodians: Interactive Brokers Australia Pty Limited; Interactive Brokers Canada Inc.; Interactive Brokers Hong Kong Limited; Interactive Brokers Ireland, Limited; Interactive Brokers Securities Japan, Inc.; Interactive Brokers (U.K.) Limited; IBKR Financial Services AG; ABN Amro Clearing Singapore Pte. Ltd.; BBVA Bancomer, S.A.; BNP Securities Services, Milan Branch; BMO Harris Bank N.A.; Citibank Europe plc; Skandinaviska Enskilda Banken AB (including select branches).

3. IB acts as agent or riskless principal in foreign currency exchange transactions and as riskless principal in spot precious metals transactions. Such transactions are executed against an IB affiliate or a third party, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction. Foreign currency exchange and spot precious metals transactions executed by Customer through IB are not regulated or overseen by the SEC or the CFTC.

4. IB accepts liquidity rebates or other order flow payments from Alternative Trading Systems, market makers and exchanges for certain orders in stocks. IB receives payment for some option orders pursuant to exchange-mandated marketing fee programs or other arrangements. The source and nature of any compensation received by IB in connection with any transaction is available upon written request of the customer. For further information, check the IB website and the Order Routing and Payment for Order Flow Disclosure provided when you opened your account and annually or visit ibkr.com/help.

5. For security futures trades, if not already indicated on this statement, information about the time of any transaction, the identity of the counterparty to the transaction, and whether IB is acting as agent or principal, as agent for the counterparty, as agent for both parties to the contract, or as principal, and if acting as principal, whether the transaction was a block transaction or an exchange for physicals transaction, will be available upon written request of the customer.

6. Customer is requested to promptly advise Interactive Brokers of any material change in Customers investment objectives.

7. A financial statement of Interactive Brokers LLC is available for your personal inspection at www.interactivebrokers.com or at its offices, or a copy of it will be mailed upon your written request.

8. For trades executed on the ASX market, the ASX 24 market and the Cboe Australia market, this confirmation is issued subject to: (i) the Applicable Laws, the directions, decisions and requirements of the relevant market operator, the operating rules of the relevant market, the clearing rules and where relevant, the relevant settlement rules, (ii) the customs and usages of the relevant financial market, and (iii) the correction of errors and omissions. Trades in Cash Market Products (as that term is defined in the relevant ASIC market integrity rules) on ASX market and Cboe Australia are cleared by BNP Paribas, ARBN 149 440 291, AFSL 402467, who is a participant of ASX Clear Pty Ltd and ASX Settlement Pty Ltd. Trades in Derivative Products on ASX and all products on ASX 24 are cleared by Interactive Brokers Australia ("IBA") as a participant of ASX Clear Pty Ltd and ASX Clear (Futures) Pty Ltd. If your transaction was a crossing transaction, IBA may have either acted on behalf of (i) both the buyer and seller of this transaction, or (ii) on behalf of the buyer or seller on one side of the transaction and acted as Principal on the other side. Under the Corporations Act 2001, where IBA enters into an exchange traded derivative on a customer's behalf, IBA is regarded as having issued the derivative to the customer.

9. For All Options Trades Executed on the Stock Exchange of Hong Kong ("SEHK"): (a) Options can involve a high degree of risk and may not be suitable for every investor. Investors should ensure they understand those risks before participating in the options market. (b) All options contracts executed on the SEHK were executed by Interactive Brokers Hong Kong Limited on behalf of Interactive Brokers LLC. (c) In the event of a default committed by Interactive Brokers LLC resulting in the client suffering any pecuniary loss, the client shall have a right to claim under the Investor Compensation Fund established under the Hong Kong Securities and Futures Ordinance, subject to the terms of the Investor Compensation Fund from time to time. (d) All Exchange Traded Options Business made for or on behalf of a client shall be subject to the relevant provisions of the constitution, Rules of The Stock Exchange of Hong Kong Limited ("SEHK Rules"), regulations, the Articles, customs and usages of SEHK, the Options Trading Rules, the Clearing Rules of SEOCH, the CCASS Rules and the laws of Hong Kong, which shall be binding on both Interactive Brokers LLC and the client.

10. Interactive Brokers LLC is a SIPC member. Deposits held away from Interactive Brokers LLC may not qualify under SIPC protection. Also, futures and options on futures are not covered by SIPC.